UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY DUNBAR,

    Plaintiff,

v.

PROSPECT AIRPORT SERVICES, INC.,
and SPIRIT AIRLINES, a Delaware corporation,

    Defendants.

Case No. 2:19-cv-13637-PDB-DRG

Hon. Paul D. Borman
Magistrate David R. Grand

## INDEX OF EXHIBITS TO

## DEFENDANT PROSPECT AIRPORT SERVICES, INC.'S MOTION TO DISMISS

Ex A - Complaint

Ex. B – Contract of Carriage

Ex. C – Group Exhibit of Unpublished Authority