

# CONTRACT OF CARRIAGE
## INCLUDES CUSTOMER SERVICE PLAN & TARMAC DELAY PLAN



UPDATED AS OF OCTOBER 15, 2016

# TABLE OF CONTENTS

**1.    DEFINITIONS** .................................................................................................................3

**2.    RESERVATIONS** ..............................................................................................................4

    2.1    Confirmed Reservations ....................................................................................4
    2.2    Refusal to Sell Transportation ..........................................................................4
    2.3    Check-In ............................................................................................................4
    2.4    Cancellation of Reservations ............................................................................5

**3.    FARES** ...........................................................................................................................6

    3.1.    General...............................................................................................................6
    3.2.    Currency/Method of Payment..........................................................................6
    3.3.    Customer Initiated Modifications.....................................................................6
    3.4.    Routing...............................................................................................................7
    3.5.    Children's Fare ..................................................................................................7

**4.    ACCEPTANCE/REFUSAL OF CUSTOMERS** .....................................................................7

    4.1    Identification .....................................................................................................7
    4.2    Travel Requirements and Documentation ........................................................7
    4.3    Conduct/Condition ............................................................................................8
    4.4    Refusal to Transport .........................................................................................9
    4.5    Prisoners ...........................................................................................................9
    4.6    Customers with Disabilities ..............................................................................9
    4.7    Communicable Disease ....................................................................................10
    4.8    Respiratory Assistive Devices/Portable Oxygen Concentrators (POC)............10
    4.9    Pregnancy ........................................................................................................10
    4.10    Customers of Size ...........................................................................................11
    4.11.    Seats ................................................................................................................11

**5.    ACCEPTANCE OF CHILDREN**...........................................................................................11

    5.1    Accompanied Children.....................................................................................11
    5.2    Unaccompanied Children.................................................................................12
    5.3    Infants ..............................................................................................................13
    5.4    Car Seats..........................................................................................................14

**6.    ACCEPTANCE OF ANIMALS** ...........................................................................................14

    6.1    General.............................................................................................................14
    6.2    Pet Animals in Cabin .......................................................................................15
    6.3    Service Animals ...............................................................................................15
    6.4    Animals Checked as Baggage .........................................................................16

**7.    BAGGAGE** ...................................................................................................................17

    7.1    General.............................................................................................................17
    7.2    Carry-On Baggage ...........................................................................................17
    7.3    Checked Baggage.............................................................................................18

| | 7.4 | FRAGILE AND PERISHABLE ITEMS | 21 |
| | 7.5 | CONDITIONS FOR ACCEPTANCE OF SPECIAL ITEMS | 22 |
| | 7.6 | RESTRICTED ARTICLES | 34 |
| | 7.7 | LIMITATIONS OF LIABILITY | 35 |
| | 7.8 | PORTABLE ELECTRONIC DEVICES | 36 |

**8.**     **SCHEDULE CHANGES, DELAYED FLIGHTS AND CANCELED FLIGHTS** ...... **37**

| | 8.1 | SPIRIT AIRLINES RESPONSIBILITY FOR SCHEDULES AND OPERATIONS | 37 |
| | 8.2 | REBOOKING | 37 |
| | 8.3 | AMENITIES/SERVICES FOR CUSTOMERS | 38 |

**9.**     **DENIED BOARDING** .............. **38**

| | 9.1 | VOLUNTARY | 38 |
| | 9.2 | INVOLUNTARY | 38 |
| | 9.3 | EXCEPTIONS TO PAYMENT OF COMPENSATION FOR DENIED BOARDING | 39 |
| | 9.4 | DENIED BOARDING REGULATIONS | 39 |

**10.**     **REFUNDS** .............. **42**

| | 10.1 | VOLUNTARY | 42 |
| | 10.2 | INVOLUNTARY | 42 |
| | 10.3 | FOREIGN CURRENCY REFUNDS | 42 |
| | 10.4 | REFUND CONTACTS | 42 |

**11.**     **NON-REVENUE CUSTOMERS** .............. **43**

**12.**     **DISCLAIMER OF CONSEQUENTIAL DAMAGES, MODIFICATIONS, AND LIMITATIONS OF LIABILITY** ...... **43**

| | 12.1 | DISCLAIMER OF CONSEQUENTIAL DAMAGES | 43 |
| | 12.2 | DISCLAIMER OF MODIFICATIONS | 43 |
| | 12.3 | LIMITATIONS OF LIABILITY | 43 |
| | 12.4 | WAIVER/MODIFICATION OF TERMS OF CONTRACT OF CARRIAGE | 44 |

**13.**     **CHOICE OF LAW AND VENUE** .............. **44**

**14.**     **SPIRIT AIRLINES TARMAC DELAY PLAN** .............. **44**

**15.**     **SPIRIT AIRLINES CUSTOMER SERVICE PLAN** .............. **45**

| | 1. | Offer the Lowest Available Fare | 46 |
| | 2. | Notify Customers of Known Delays, Cancellations and Diversions | 46 |
| | 3. | Deliver Baggage On Time | 47 |
| | 4. | Allow Reservations to be Held or Cancelled Without Payment | 47 |
| | 5. | Provide Prompt Ticket Refunds | 47 |
| | 6. | Properly Accommodate Customers with Disabilities and Other Special Needs, including during Tarmac Delays | 48 |
| | 7. | Meet Customers' Essential Needs during Lengthy On-Board Delays | 48 |
| | 8. | Handling Denied Boarding Customers with Fairness and Consistency in the Case of Oversales | 49 |
| | 9. | Disclose Travel Itinerary, Cancellation Policies, Frequent Flyer Rules, Aircraft Seating Configurations and Lavatory Availability | 49 |
| | 10. | Notifying Consumers in a Timely Manner of Changes in Their Travel Itineraries | 50 |
| | 11. | Ensure Responsiveness to Customer Complaints | 50 |
| | 12. | Identify the Services to Mitigate Customer Inconveniences Resulting from Cancellations and Misconnections | 50 |

# 1.  DEFINITIONS

A.  **Assistive Device** means any piece of equipment that assists a customer with a disability to hear, see, communicate, maneuver, or perform other functions of daily life, and may include medical devices and medications.

B.  **Customers with Disabilities** means any individual who has a physical or mental impairment that, on a permanent or temporary basis, substantially limits one or more major life activities, has a record of such an impairment, or is regarded as having such an impairment.

C.  **Denied Boarding** is used in Spirit's Contract of Carriage to refer to a situation in which more customers hold confirmed reservations than there are seats available (oversold flight) for a specific flight on a specific date.  In such situation, customers may be voluntarily or involuntarily denied boarding in accordance with section 9 herein.

D.  **DOT** means U.S. Department of Transportation.

E.  **FAA** means U.S. Federal Aviation Administration.

F.  **IATA** means International Air Transport Association.

G.  **Montreal Convention** means the Convention for the Unification of Certain Rules for International Carriage by Air, executed in Montreal, on May 28, 1999, including any amendments thereto.

H.  **Reservation Credit(s)** (future travel/flight credit or credit shell – these terms are all interchangeable) are non-transferable and may only be used by the customer to whom it was issued. Travel using a Reservation Credit must be booked within 60 days of issuance for travel on any flight dates available in the system and shall not have any cash value.

I.  **Spirit Airlines Customer Service Plan** outlines Spirit's policies and addresses circumstances that may have an impact on our customers' travel plans, purchase decisions or overall expectations.

J.  **Stopover** means a voluntary interruption in the customer's journey at an intermediate city that isn't the destination for longer than the time allowed for a layover.

K.  **TSA** means U.S. Transportation Security Administration.

L.  **Warsaw Convention** means the Convention for the Unification of Certain Rules Relating to International Carriage by Air, executed in Warsaw, on October 12, 1929, including any amendments thereto.

## 2.   RESERVATIONS

2.1   <u>*Confirmed Reservations*</u>
    2.1.1.   Customers who have purchased a reservation through the following methods hold a confirmed reservation:

        a.      Direct bookings made with Spirit Airlines via <u>Spirit's website (www.spirit.com)</u> or by contacting the Spirit Airlines Reservations Center at 801-401-2222.

        b.      Travel agency or internet travel site bookings (purchased other than at <u>Spirit's website (www.spirit.com)</u>.

    2.1.2.   Confirmed Reservation Validity

No one shall be entitled to transportation without a confirmed reservation. Subject to any applicable limitations or restrictions set forth herein, customers with confirmed reservations will be entitled to transportation between airports of origin and destination.  Confirmed reservations are valid for the dates and flights indicated in the reservation.

No reservation paid by credit card shall be considered a confirmed reservation if the transaction is not accepted by the carrier for any reason, whether or not the customer is notified that the reservation has been cancelled. Original credit card used may be requested at check-in in order to confirm the reservation.

2.2   <u>*Refusal to Sell Transportation*</u>
    2.2.1.   Spirit may refuse to sell transportation to any person, including the following, and may inform such persons that they are not permitted to purchase transportation from Spirit:

        a.      Prior Misconduct – A person who has disrupted airline operations (at Spirit or other airlines), mistreated employees (of Spirit or others), or has not complied with Spirit's policies or has otherwise violated this Contract of Carriage.

        b.      Misconduct – A person who has committed a fraudulent act against Spirit.

2.3   <u>*Check-In*</u>
    2.3.1.   Customers are required to have a printed boarding pass in-hand by the check-in time limit outlined in <u>section 2.4.1.a</u>. Check-in begins at least two (2) hours prior to departure at the Spirit airport ticket counter or 24 hours prior to flight departure on <u>Spirit's website (www.spirit.com)</u> if eligible for online check-in. A Boarding Pass service charge will be applied to customers who choose to have their boarding pass printed by an agent at domestic airports except West Palm Beach, FL.

2.3.2.  It is the customer's responsibility to arrive at the airport with enough time to complete check-in and security screening processes, taking into consideration travel time both to and within the applicable airport, as well as processing through the security check point.

   a.  For domestic flights, Spirit recommends that customers arrive at the airport at least two (2) hours prior to (original) scheduled departure.

   b.  For international flights, Spirit recommends that customers arrive at the airport at least three (3) hours prior to (original) scheduled departure.

2.3.3.  Customers wanting to check baggage may do so at the ticket counter once airport check-in begins. Baggage will not be accepted more than four (4) hours before scheduled departure time. Baggage must be checked at the ticket counter at least 45 minutes prior to the (original) scheduled departure time for all domestic flights, and 60 minutes for all international flights including U.S.V.I. flights. Customers who present baggage after this time limit may be refused transportation. In the event that baggage is accepted after this time limit, the customer will be liable for any applicable delivery costs if the bag is not carried on the same flight as the customer.

## 2.4   *Cancellation of Reservations*

2.4.1.  All reservations and seat assignments are subject to cancellation without notice if:

   a.  The customer does not have a printed boarding pass in-hand at least 45 minutes prior to the (original) scheduled departure time for all domestic flights, and 60 minutes prior to the (original) scheduled departure time for all international flights including U.S.V.I. flights.

   b.  The customer fails to make themself available for boarding at the gate at least 15 minutes prior to (original) scheduled departure time for domestic flights; or 30 minutes prior to the (original) scheduled departure time for international flights even if the customer has already checked in for the flight at a location designated for check-in.

   In the event of a delay, customers are recommended to remain in the gate area for updates and possible early departures. Spirit shall not be liable to any customer who misses a flight, which departed earlier than the estimated departure time posted for the delay.

   c.  The customer fails to travel on any flight segment of a booked itinerary and fails to modify/cancel their reservation prior to the time limit outlined in section 3.3. In such instances, all subsequent flight segments on the itinerary will be cancelled.

   d.  Such action is necessary to comply with any governmental regulation or direction, or to comply with any governmental request for emergency transportation in connection with the national defense.

e.    The customer has been informed that he/she is not permitted to purchase transportation from Spirit.

2.4.2.    If Spirit refuses to transport the customer for any of the reasons stated above, the customer would not be eligible for denied boarding compensation.

# 3.    FARES

3.1.    *General*
Fares are subject to change until purchased.  All domestic and international fares are per customer for each way of travel and include the base fare plus any applicable taxes, fees and surcharges; however, certain foreign countries may charge additional taxes and fees that are collected directly by the local government or local airport authority upon arrival or departure. Additional Spirit optional services may apply.

Spirit offers a range of fares and on certain discount fares, availability may be limited and restrictions may apply.  Subject to certain exceptions and/or restrictions set forth hereinafter, all reservations are non-refundable. All Spirit reservations are non-transferable.

3.2.    *Currency/Method of Payment*
3.2.1.    All fares and charges are listed in United States dollars (USD).

3.2.2.    Spirit does NOT accept cash, traveler's checks, certified (cashier's) checks, and money orders at certain domestic airports. At such airports, Spirit will accept credit/debit cards only.  For further information, please visit www.spirit.com at https://customersupport.spirit.com/hc/en-us/articles/217154817.

NOTE: Cash conversion kiosks (operated and independently managed by companies not affiliated with Spirit Airlines) may be available at some airport locations. In no event shall Spirit Airlines be liable for any direct, indirect, incidental or consequential damage arising out of the use of such cash conversion machines.

3.3.    *Customer Initiated Modifications*
3.3.1.    Changes to an itinerary must be made at least 45 minutes prior to the (original) scheduled departure time for all domestic flights, and 60 minutes prior to the (original) scheduled departure time for all International flights including U.S.V.I. flights (See section 2.4.1.a.). Online changes must be made at least one hour prior to the (original) scheduled departure.

Itinerary changes are subject to a per customer service charge, plus any difference in airfare for the alternate requested date(s) or flight(s), and any difference in government taxes and fees. With the exception of optional service charges for carry-on bags and/or first and second checked bags, any difference in carrier's optional service charges may also apply.

3.3.2.  Cancellations to an itinerary must be made at least 45 minutes prior to the (original) scheduled departure time for all domestic flights, and 60 minutes prior to the (original) scheduled departure time for all International flights including U.S.V.I. flights (See section 2.4.1.a.). Online changes must be made at least one hour prior to the (original) scheduled departure.

Itinerary changes are subject to a per customer service charge. A credit for future travel on Spirit may be issued if any remaining value exists. Certain carrier charges may be excluded from the value of the credit. All credits for future travel must be booked within 60 days of issuance for travel on any flight dates available in the system and have no cash value.  A credit for future travel is non-transferable. Taxes and fees will not be refunded except when required by applicable law and when requested. Failure to cancel prior to the time limit specified above will result in forfeiture of fare.

3.3.3.  All Spirit fares and optional services are purchased as non-refundable; however, a refund will be allowed if a reservation is canceled within 24 hours of initial booking, provided the reservation was made seven (7) days (168 hours) or more prior to the flight's scheduled departure.

3.3.4.  Optional services may be purchased separately during the booking process by calling Reservations, on spirit.com or at the airports.  Click here for optional services.

3.4.  *Routing*
A fare applies only to the following:

3.4.1.  Transportation between airports via the intermediate cities, if any, specified by Spirit in reference to that fare.

3.4.2.  Reservations may not be issued or accepted for transportation that will either originate or terminate at an airport other than the airport for which the fares are published.

3.5.  *Children's Fare*
Spirit Airlines does not offer children fares.

# 4.  ACCEPTANCE/REFUSAL OF CUSTOMERS

4.1  *Identification*
A customer who refuses or fails to produce identification upon request may be denied service.

4.2  *Travel Requirements and Documentation*
The customer shall comply with all laws, regulations, orders, demands, or travel requirements (including but not limited to passports, visas, and health/immunization requirements) of countries to be flown from, into, or over, and with all rules, regulations, and instructions of Spirit.

4.2.1   Spirit shall not be liable for:

  a.   any aid or information given by any agent or employee of Spirit to any customer in connection with obtaining necessary documents or complying with such laws, regulations, orders, demands, requirements, or instructions, whether given orally, in writing, or otherwise;

  b.   the consequences to any customer resulting from his/her failure to obtain such documents or to comply with such laws, regulations, orders, demands, requirements, or instructions;

  c.   any expenses incurred due to the customer's failure to comply with this provision.

4.2.2   Spirit reserves, in its sole discretion, the right to refuse carriage to any customer who has not, in the judgment of Spirit, complied with applicable laws and regulations.

4.2.3   The customer agrees to pay the applicable fare whenever Spirit, on government order, is required to return a customer to his or her point of origin or elsewhere due to the customer's inadmissibility into or deportation from a country, whether of transit or of destination.

4.2.4   Spirit reserves the right to hold, photocopy, or otherwise make an image reproduction of a travel document presented by any customer and accepted by Spirit as a condition of boarding.

## 4.3   *Conduct/Condition*

4.3.1.   A customer shall not be permitted to board the aircraft or may be required to leave an aircraft if that customer:

  a.   is disorderly, abusive or violent;

  b.   appears to be intoxicated or under the influence of drugs;

  c.   interferes or attempts to interfere with any member of the flight crew in the pursuit of his/her duties;

  d.   is or is perceived by the flight crew to pose a security threat to the airline and/or other customers;

  e.   has a contagious disease that is transmissible during the normal course of a flight, e.g., chicken pox;

  f.   is unable or unwilling to sit in a seat with a seat belt fastened during the normal course of a flight;

  g.   is barefoot or inadequately clothed, and fails to obey lawful instructions of flight crew members; or

  h.   has an offensive odor unless caused by a qualified disability.

4.3.2.   If a customer is not permitted to board and/or required to leave an aircraft for safety and/or regulatory reasons under paragraph 4.3 and its sub sections, the customer will not be eligible for a refund.

## 4.4   _Refusal to Transport_

Spirit may refuse to transport, or remove from any flight, any customer for the following reasons:

4.4.1.   Compliance with any government regulation or with government request for emergency transportation in connection with national defense or national disasters (actual, threatened, or reported).

4.4.2.   Whenever necessary or advisable by reason of weather or other conditions beyond its control (including, without limitation, acts of God, labor disturbances, strikes, civil commotions, embargoes, wars, hostilities, or disturbances) actual, threatened, or reported.

4.4.3.   Refusal by a customer to permit a search of person or property for explosives, or for deadly or dangerous weapons, articles, or substances.

4.4.4.   Spirit may refuse to transport any customer who is traveling across any international boundary if:

4.4.4.1.   the travel documents of such customer are not in order;

4.4.4.2.   for any reason, such customer's embarkation from, transit through or entry into any country from, thru, or to which such customer desires transportation would be unlawful; or

4.4.4.3.   such customer fails or refuses to comply with the rules and regulations of Spirit.

## 4.5   _Prisoners_

Spirit Airlines will not transport prisoners in the custody of law enforcement under any circumstances with or without restraints.

## 4.6   _Customers with Disabilities_

All customers with disabilities will be provided transportation except when refused transportation per the FAA Regulations regarding safety. Customers with disabilities need not give advance notice. A 48-hour advance notice is only required for the services, equipment, and accommodations stated in the DOT's 14 CFR part 382.37 (c) regarding nondiscrimination on the basis of a disability in air travel.

4.6.1.   Attendants

Customers with disabilities are not required to travel with an attendant unless it is determined by the carrier that an attendant is essential for safety as stated in the DOT's 14 C.F.R. part 382.29 regarding nondiscrimination on the basis of a disability in air travel. Spirit personnel are not obligated to provide special assistance for personal needs (e.g., assistance in actual eating, assistance within the restroom, provision of medical services).

4.6.2.   Medical Certificates

If there is reasonable doubt that a customer can complete their flight safely, without requiring extraordinary medical assistance during flight, a medical certificate may be required in order for the customer to travel. A medical certificate is a written statement from a doctor asserting that an individual is capable of completing a flight safely, without requiring extraordinary medical assistance during flight. Medical certificate must be dated within 10 days of the customer's departure flight.

## 4.7   *Communicable Disease*

If a customer has a disease that is potentially transmissible during flight, a medical certificate is required and must state that the customer's condition would not be communicable to other customers during the normal course of the flight. If it is potentially transmissible during the flight, but this can be prevented if certain conditions or precautions are implemented, the certificate would have to describe those conditions or precautions. In such instances, Spirit will put forth reasonable effort to carry out these measures, however, if Spirit is unable to do so, the customer will not be permitted to travel. A medical certificate in the situation of a communicable disease must be dated within 10 days of the flight for which the customer intends to travel (not 10 days prior to the customer's initial departure flight).

## 4.8   *Respiratory Assistive Devices/Portable Oxygen Concentrators (POC)*

Certain respiratory assistive devices (including portable oxygen concentrators, respirators, and ventilators) which are approved by the FAA for use in flight may be used on board Spirit Airlines aircraft.  Customers using such permitted devices must do so strictly in accordance with applicable regulations, including the carriage of sufficient batteries. Spirit Airlines personnel are not trained to assist with or operate such devices.

Customers are encouraged to review any applicable requirements by referring to Spirit's website (www.spirit.com) or by contacting Spirit Airlines Reservations at 1-801-401-2222. It is also recommended that the customer call Spirit Airlines Reservations at least 48 hours before scheduled departure, to have it documented that the customer will be traveling with and using a respiratory assistive device onboard. To use a POC on board, customers must have an FAA approved POC. For more information, please review Portable Oxygen Concentrators within the Special Items Chart in 7.5.

## 4.9   *Pregnancy*

Customers who are pregnant are urged to consult with their physician on whether it is safe to travel by air, including with due consideration the possibility of turbulence, cabin pressurization, significantly increased risk of deep vein thrombosis associated with pregnancy, and lack of ready access to medical care. This is particularly important for women in their ninth month of pregnancy, who are urged to obtain an examination from her physician shortly before flying to confirm that flying by air will be safe.  Women with a history of complications or premature delivery should not fly at all.  By travelling with Spirit, pregnant women acknowledge and accept these risks.

4.10    _Customers of Size_

Additional Seat Purchase – The purchase of more than one seat for use by a single customer is required to accommodate a customer of size who encroaches on an adjacent seat area and/or is unable to sit in a single seat with the armrests lowered.

4.10.1.   The customer of size can either purchase a seat assignment in a Big Front Seat or purchase another reservation for an additional seat on the aircraft. Please see section 4.11.2 for information related to seatbelt extensions and inflatable seatbelts.

4.10.2.   If there are no available seats on the aircraft, the customer will be booked on Spirit's next available flight or the reservation will be refunded.

4.11.    _Seats_

4.11.1   It is the customer's responsibility to notify Spirit of a unique seating need. In accordance with the Contract of Carriage, Spirit may refuse to transport individuals who are unable or unwilling to comply with Spirit's seating requirements.

4.11.2   Inflatable Seatbelts

Inflatable seatbelts are located on Spirit's Airbus 320, 32A and 32B aircraft, which includes some Big Front Seats (For additional information related to inflatable seatbelt locations, click here.). Any customer who occupies a seat that is equipped with an inflatable seatbelt must have their seatbelt securely fastened (buckled low and tight) around the customer's lap. Additionally, any customer traveling with a lap child or service animal that will sit in the customer's lap shall not be permitted to occupy a seat equipped with an inflatable seatbelt. Car seats may not be accommodated in any seat equipped with an inflatable seatbelt.

If a crew member determines that the customer cannot be safely accommodated as indicated above, he/she will attempt to reseat the customer and, if the original seat was purchased, the customer will be entitled to a refund for the optional service charge paid for such seat.

NOTE: Seatbelt extensions may not be used in any seat equipped with an inflatable seatbelt.

# 5.    ACCEPTANCE OF CHILDREN

5.1    _Accompanied Children_

Accompanied children are accepted for transportation on both domestic and international flights as follows:

5.1.1.   Children under 15 years of age are accepted when accompanied on the same flight by another customer who is at least 15 years of age.

5.1.2.   For travel to/from an international destination, all children, regardless of age, are required to have a valid passport and all foreign government documentation required for entry into and departure from the foreign country. These documents must be provided to Spirit at time of check in.  It is the customer's responsibility to verify foreign government documentation and entry requirements.

## 5.2   *Unaccompanied Children*

Unaccompanied children are accepted for transportation only on domestic flights as follows:

5.2.1.   For travel wholly within the United States and its territories, children at least 5 years of age through 14 years of age are accepted for unaccompanied travel on Spirit flights that do not involve a scheduled change of aircraft (i.e., connecting flights).  Unaccompanied children will not be accepted for travel on connecting flights or for travel on international flights.

5.2.2.   Children less than 5 years of age will not be accepted for unaccompanied travel.

5.2.3.   Spirit does not accept unaccompanied children for travel to/from international destinations.

5.2.4.   Young adults aged 15 or older are permitted to travel alone domestically and internationally. For international travel, they are required to have a valid passport and any other documents required by the country they are traveling to.

5.2.5.   A service charge will apply for each unaccompanied child per way of travel, which includes Federal Excise Tax required to be collected and remitted to the U.S. government.

5.2.6.   All travel by unaccompanied children must be on flights on which the child holds a confirmed reservation.

5.2.7.   Spirit Airlines will not assume any financial or guardianship responsibilities for an unaccompanied child beyond those applicable to an adult customer. In addition, Spirit Airlines will not assume any liability for any out-of-pocket expenses incurred by the adult transporting the unaccompanied minor from the airport in the event of a delay and/or flight cancellation.

5.2.8.   Gate Passes and Handling Procedures for Unaccompanied Minors

5.2.8.1.   All unaccompanied children must check in at the airport ticket counter with his/her parent or other responsible adult. Online check-in is not available for unaccompanied children.

Be sure to arrive to the airport early in order to complete the required documentation and to see the child safely through security screening (when permitted by airport) and identify the child to the gate agent for the boarding process.

5.2.8.2.  The adult must remain at the airport until 15 minutes after the flight takes off.

5.2.8.3.  Spirit must be provided the name and phone number of the parent or other responsible adult who will meet the child upon deplaning. The Customer Service Agent documents the information on an Unaccompanied Minor form, and places a copy of this information into a pouch. The pouch is then placed around the child's neck to identify to the Flight Attendants that the child is traveling alone as an unaccompanied minor.

If the minor(s) is not met upon arrival by the individual responsible for meeting the minor(s), Spirit shall take whatever action deemed necessary by Spirit to ensure the minor(s) safe custody, including the return of the minor(s) to the airport of departure. The responsible adult who accompanied the minor(s) to the departure airport shall be responsible to reimburse Spirit for any and all expenses incurred by such actions.

5.2.8.4.  The person dropping off the child must obtain a gate pass at the airport ticket counter (where permitted), then escort the child to the gate. The person picking up the child must obtain a gate pass at the airport ticket counter (where permitted) to proceed to the gate for the arrival of the flight.  Spirit Airlines requires a photo Identification from the person(s) designated to meet the minor at the destination and will not release the child to anyone else.

Gate passes are only provided for an escort of an Unaccompanied Minor and for people who require assistance. Gate passes are not issued to anyone who requests a gate pass; there must be a valid reason. TSA requirements/security restrictions may vary based on the airport; thus, gate passes will be issued dependent on the current airport security/TSA guidelines.

### 5.3    *Infants*

5.3.1.  Spirit encourages all adults traveling with children under the age of two (2) to purchase a seat for the child and secure the child in an FAA approved car seat. A paying adult customer may carry on his or her lap one infant over seven (7) days and under two (2) years of age (24 months). Once a child reaches their second birthday, they are no longer permitted to travel as a lap child. Spirit reserves the right to request documented proof of age for any traveler 2 years of age or younger.  Please be prepared to provide documentation (birth certificate, passport, etc.) upon request.

5.3.2.  If space is available after boarding, or if a separate reservation has been purchased for an infant over seven (7) days and under two (2) years of age, the infant may travel in a separate seat, provided that the infant must be securely placed in an FAA approved child restraint system (car seat) which meets the guidelines in section 5.4.

5.3.3.   An infant, age seven (7) days or less or an infant requiring an incubator or other life-support systems shall not be accepted for travel on Spirit.

5.4   *Car Seats*

One (1) car seat and one (1) stroller will be accepted per child as checked baggage at no charge. These items are not considered part of the customer's baggage allowance. Car seats may be carried on board the aircraft if a seat has been purchased for the child; one (1) child per car seat. To be accepted for use on board, car seats must be FAA approved and conform to the following guidelines:

5.4.1.   Child Seats manufactured before 2/26/1985 must bear the label "This child restraint system conforms to all applicable federal motor vehicle safety standards."

5.4.2.   Child Seats manufactured after 2/25/1985 must bear the following two labels:

1)   "This child restraint system conforms to all applicable federal motor vehicle safety standards" and,

2)   "This restraint is certified for use in motor vehicles and aircraft."

5.4.3.   Child Seats bearing the approval of a foreign government or seats manufactured under the standards of the United Nations are also acceptable.

NOTE: Car seats may not occupy a seat in an exit row, the row in front of or behind an exit row, or any seat equipped with an inflatable seat belt.

Some FAA approved car seats may not always fit in certain Spirit Airlines aircraft seats (see minimum seating dimensions below). Depending on the type of aircraft, Spirit Airlines will either try to re-seat the customer or re-accommodate them.  If the car seat is not able to be safely accommodated on the aircraft (e.g., car seat too large for the aircraft seat) and the customer has purchased an extra seat which cannot be utilized, a refund will be issued without penalty.

Spirit Airlines minimum seating dimensions can be found by visiting Spirit's website at https://customersupport.spirit.com/hc/en-us/articles/202096526-Can-I-bring-my-child-s-car-seat-and-or-stroller-onboard-.

NOTE: Car seats that exceed these dimensions may not fit or be safely accommodated on Spirit Airlines seats.

# 6.   ACCEPTANCE OF ANIMALS

6.1   *General*

The customer assumes full responsibility for the conduct of his or her accompanying pet, service animal, emotional support animal or psychiatric service animal. In the event Spirit incurs any loss, damage, delay, expense or legal liability of any kind in connection with the transport of such animal, the customer accepts full liability for any sums incurred.

6.2    *Pet Animals in Cabin*

Transportation of pet animals in cabin must meet the following conditions:

On domestic flights (between two points within the United States or between the United States and Puerto Rico or St. Thomas, U.S.V.I.), for an extra charge, Spirit will only accept domestic dogs, cats and in some cities small household birds including parrots, finches, canaries and parakeets.  Birds that are not considered household birds are farm poultry, waterfowl, game birds, birds of prey, or flightless birds.  Birds are not accepted to and from cities in Puerto Rico and St. Thomas U.S.V.I.

Spirit Airlines does NOT accept pets in cabin for travel on international flights except in the case of service animals, emotional support animals or psychiatric animals.

Spirit will accept pets for transportation in the customer cabin under the following conditions:

1)   The animal is harmless, not offensive, odorless, and requires no attention during transit.

2)   The container must be inspected and approved by Spirit and able to fit underneath the seat in front of the customer traveling with the animal. (Maximum container size is 18" x 14" x 9" (45.72 cm x 35.56 cm x 22.86 cm) in overall dimensions (L x W x H). The combined weight of the pet and carrier may not exceed 40 pounds (18.14 kg). The pet must be able to stand and turn around in the container.

3)   Only one (1) pet container, with a maximum of two (2) pets per container, per customer with a confirmed reservation is permitted. The pet(s) may NOT be removed from the container during transit.

4)   A maximum of four (4) pet containers are allowed per aircraft cabin.

5)   In the event the animal becomes offensive or causes a disturbance during transit, the pet will be removed at the first en route stop.

6)   Spirit assumes no responsibility for the impaired health or death of the animal.

7)   There is a service charge for each pet carrier.

8)   Unaccompanied Minors are not permitted to travel with pets.

9)   A pet carrier containing a non-assist animal counts as the one carry-on bag allowed.

6.3    *Service Animals*

Spirit accepts for transportation, without charge, service animals trained to lead the hearing or visually impaired or trained in special assistance for the customer with a disability. There is no limit to the number of service animals allowed per customer.   The animal must be accommodated in accordance with FAA safety regulations.  Spirit will make every reasonable effort to accommodate the customer in the event that the assistance of two or more service animals is required.  If the animals cannot be accommodated together at a single passenger seat, the customer may purchase a

second seat, so that the animal can be accommodated in accordance with FAA safety regulations or the customer may be accommodated on a later flight where more seats are available.

For international travel, depending on the international destination, specific documentation regarding the service animal may be required. Customers are responsible for checking with the destination country for rules of acceptance of service animals as certain countries have restrictions and/or quarantine guidelines.  For additional information please contact Spirit Customer Service at 801-401-2222.

Spirit reserves the right to ask if an animal is needed to provide assistance for a disability and may request documentation for service animals.  Animals that are unruly or aggressive will be denied the right to board the aircraft.

6.3.1.   Emotional Support Animals

Spirit accepts for transportation, without charge, emotional support animals. As permitted under 14 C.F.R. 382.117(f), Spirit may reject certain types of animals, for example, on the basis of safety.  If a customer seeks to travel with an animal that is used as an emotional support or psychiatric service animal, Spirit Airlines is not required to accept the animal for transportation in the cabin unless the customer provides current documentation (i.e., no older than one year from the date of the customer's scheduled initial flight) on the letterhead of a licensed mental health professional including a medical doctor specifically treating the customer's mental or emotional disability (e.g., psychiatrist, psychologist, licensed clinical social worker) stating the following:

1)   The customer has a mental or emotional disability recognized in the Diagnostic and Statistical Manual of Mental Disorders-Fourth Edition (DSM IV);

2)   The customer needs the emotional support or psychiatric service animal as an accommodation for air travel and/or for activity at the customer's destination;

3)   The individual providing the assessment is a licensed mental health professional, and the customer is under his or her professional care; and

4)   The date and type of the mental health professional's license and the state or other jurisdiction in which it was issued.

6.3.2.   Animals trained to detect explosives or trained for search and rescue on official duty status may be transported.  Spirit Airlines reserves the right to request documentation.

6.4   *Animals Checked as Baggage*
Spirit Airlines does NOT accept animals as cargo or as checked baggage.

# 7.   BAGGAGE

### 7.1   _General_

7.1.1.   All baggage charges are non-refundable and may be paid in advance or at the airport.  Certain countries may require taxes be collected on baggage charges. In such instances in addition to any other applicable charges set forth herein, such taxes will be collected by Spirit and paid to the taxing authority or as required under local regulations.  In the event of a modification of an itinerary, the customer may have to pay any applicable increase in baggage charges.  See section 3.3 for further information.

7.1.2.   Baggage charges are applicable per item, per way of travel, with the exception of stopovers and reservations purchased with multiple individual flight segments rather than as a valid connecting flight within the Spirit reservation system. In such instances, baggage charges are applicable per item, per individual flight segment. It is the customer's responsibility to claim their checked item(s) at each point of stopover. The item(s) must then be re-checked at the ticket counter prior to boarding the next flight segment on the reservation. Spirit is not liable for baggage which is not transferred due to the purchase of a non-valid connection.

### 7.2   _Carry-On Baggage_

7.2.1.   One (1) carry-on bag is permitted in the aircraft cabin for a charge.

7.2.2.   Spirit Airlines customers may bring one (1) carry-on bag plus one (1) personal item (such as a purse, laptop computer, backpack, or duty free item) on board providing they meet the size limitations listed in sections 7.2.3 and 7.2.4.

7.2.3.   Carry-on baggage must fit into an overhead bin or under-seat space and not be more than 22 inches by 18 inches by 10 inches (56 cm x 46 cm x 25 cm) including handles and wheels.  Pieces exceeding these dimensions must become checked baggage.

7.2.4.   Personal items may not exceed the dimensions of 16 inches by 14 inches by 12 inches (40 cm x 35 cm x 30 cm) including handles and wheels. Any item that exceeds these dimensions is no longer considered a personal item and a carry-on or checked bag charge will apply.

Effective April 3, 2017, personal items may not exceed the dimensions of 18 inches by 14 inches by 8 inches (45 cm x 35 cm x 20 cm).

7.2.5.   The following items do not count towards a customer's carry-on allowance. Although these articles are exempt from carry-on limitations, they must be properly stowed for ground movement, takeoff and landing.

These exempt articles include, but are not necessarily limited to the following:

a)   Assist pet carrier when traveling with assist/service animal

b)   Camera

c) Crutches/Canes/Braces or other prosthetic device upon which the customer is dependent

d) Customer assistive devices & service animals

e) Food for consumption on board the flight

f) Infant bag, when traveling with the infant

g) Infant/Child Car Seats, when the child is carried in the seat

h) One Duty Free box or bag containing Duty Free items

i) Outer garments (coats/hats/wraps)

j) Reading material for the flight

k) Stroller, when the child is carried in the stroller

l) Umbrella

7.2.6. Spirit may require that a carry-on be checked as baggage if the item cannot be safely stowed or if it doesn't comply with Spirit's baggage policies set forth herein. Excess items will be charged according to checked baggage charges.

7.2.7. Seat Baggage

An item of baggage may occupy a seat, subject to applicable regulations, provided the customer accompanies the property, the item meets specified dimensions, the item can be properly secured by the seatbelt, reservations are made in advance, and the applicable fare is paid. Items accepted as seat baggage cannot block placards or signs.

Animals are NOT accepted as seat baggage.

## 7.3    *Checked Baggage*

7.3.1. Charges apply for all checked baggage. Spirit Airlines allows up to five checked bags/items per paying customer (restrictions may apply to certain destinations and during specific times of the year).

7.3.2. Checked Baggage Size and Weight Restrictions:

7.3.2.1. Any checked baggage that exceeds the standard size and weight limit including handles and wheels is subject to excess baggage charges in addition to the standard checked baggage charge (a standard checked bag is defined as a bag not exceeding 62 linear inches in overall dimensions (Length + Width + Height) and 40 pounds in weight).

7.3.2.2. Spirit Airlines will not accept baggage that weighs more than 100 pounds with the exception of mobility aid devices and musical instruments (For more information on musical instruments see the Special Items chart in section 7.5).

7.3.2.3. With the exception of certain items, Spirit Airlines will not accept baggage that measures more than 80 linear inches in overall dimensions (Length + Width + Height).

7.3.2.4.   The following restrictions apply to customers flying to and from international destinations (except Lima, Peru see [section 7.3.2.5](#)) from December 1st to January 10th.  Customers may check one (1) item and may purchase additional checked items on a first-come first-serve basis based on inventory.  Overweight baggage is permitted up to maximum 70 pounds (32kg) and subject to overweight baggage charges.  Oversized items up to 80 linear inches in overall dimensions (203 cm) are permitted and are subject to oversized baggage charges.

7.3.2.5.   When traveling to and from Lima, Peru, a maximum of one (1) checked item will be allowed per paying customer. Spirit Airlines will not accept checked items that weigh more than 50 pounds. With the exception of Bicycles, Ski Equipment, Surfboards, and Javelin/Vaulting Pole Equipment as stated in [section 7.5](#), items measuring more than 80 linear inches in overall dimensions will not be accepted. From December 1st to January 10th, any item (including those listed above) will not be accepted if the item(s) exceeds 80 linear inches.

7.3.2.6.   When traveling to and from Havana, Cuba, customers may check one (1) item and may purchase additional checked items on a first-come first-serve basis based on inventory.  Spirit Airlines will not accept checked items that weigh more than 70 pounds. With the exception of Bicycles, Ski Equipment, Surfboard, and Javelin/Vaulting Pole Equipment as stated in [section 7.5](#), items measuring more than 80 linear inches in overall dimensions will not be accepted. From December 1st to January 10th, any item (including those listed above) will not be accepted if the item(s) exceeds 80 linear inches.

7.3.3.   Spirit will check baggage for a customer with a valid reservation subject to the following conditions:

7.3.3.1   Baggage must be checked at the airport in advance of flight departures as described in [section 2.3.3](#).

7.3.3.2   Name identification is required on the outside of all baggage. Spirit recommends placing identification, including phone number, on the inside as well.

7.3.4   Baggage will only be checked to:

7.3.4.1   To the customer's final destination or to the customer's next airport of stopover.

7.3.4.2   Spirit will refuse to transport or will remove at any airport, baggage that a customer refuses to submit for inspection. Spirit may refuse to transport a customer's baggage on any flight other than the flight carrying the customer.

### 7.3.5    Delayed, Damaged and Lost Baggage

In the event your baggage does not arrive at your destination with you, please file a report to immediately initiate a search for the mishandled piece(s).  Spirit Airlines is a member of NetTracer - a computerized baggage tracing system with over 300 airline members and 2,200 airports worldwide participating to assist in the location of misdirected baggage.

Spirit offers customers whose baggage is missing the convenience of tracking the status of their bag by visiting our bag tracking service at: https://spirit.nettracer.aero/paxview/search.htm

If a bag/item is delayed, lost, damaged or pilfered, a Spirit Airlines representative must be notified and a report must be filed in person, within four (4) hours of arrival of the flight on which the customer traveled (unless applicable law or treaty provides for a longer period of time).

For international travel, in the case of baggage damage, the customer entitled to delivery must notify Spirit in writing as soon as possible after discovery of the damage, and no later than seven (7) days from receipt of checked baggage.  In the case of delay or loss, Spirit must be notified no later than twenty-one (21) days from the date on which the baggage should have been placed at the customer's disposal.

For your convenience, you can file the delayed baggage report in the baggage claim area or with a Customer Service Agent. Reasonable efforts will be made to deliver delayed baggage within 24 hours of flight arrival. Once your belongings are located, they will be returned to you as quickly as possible. Baggage delayed due to customer's late check-in, change in destination after check-in or a customer traveling standby, will be delivered at the customer's expense.

The Luggage Resolution office may be reached Monday to Friday from 9:00 am to 5:30 pm, Eastern Standard Time at 1- 877-888-5926, extension 7004.

### 7.3.6    Delayed Baggage - Reimbursable Expenses

Spirit Airlines allows reasonable interim expenses for customers whose bags have been delayed.  Interim expenses incurred are limited to reasonable personal items, such as clothing and toiletries purchased as a result of the delay. All original receipts must be provided for reimbursement; copies will not be accepted. Spirit Airlines reserves the right to request that items purchased as a result of a delayed bag be returned prior to the issuance of compensation.

### 7.3.7    Delayed Baggage – In Excess of Five (5) Days

If your baggage has not been located and returned within five (5) days, a claim should be filed with the Luggage Resolution Department. To file a claim, you will need to complete a Customer Property Form. The Customer Property Form is a different form from the delayed baggage report that is filed at the airport. Additional information and details that you provide on this form will assist our Luggage Resolution Department with advanced tracing and help improve the

likelihood of success in locating your baggage. For further details on filing a claim, see section 7.3.9.

### 7.3.8   Damaged Baggage

If your bag is damaged, a Spirit Airlines representative must be notified in person and a report must be completed within the required time limit set forth in section 7.3.5. Once a report is completed, a claim should be filed with the Luggage Resolution Department. To file a claim, you will need to complete a Customer Property Form. For further details on filing a claim, see section 7.3.9.

### 7.3.9   Filing A Baggage Claim

All claims for compensation, (e.g., delay, loss, damage and pilferage) must include a completed Customer Property Form inclusive of all the required documents listed on the cover sheet and must be mailed to the address listed below.

The Customer Property Form can be obtained online at: http://spirit.zendesk.com/entries/21354141-Customer-Property-Form

Claims will not be accepted via e-mail or by facsimile.  The original proof of purchase (receipts) is required for all claimed items with a declared value of $50.00 and higher.  Copies will not be accepted for reimbursement. Actual value for reimbursement of all mishandled baggage is determined by the original purchase price, less reasonable depreciation for prior usage.

The claim and all the required documents must be received within thirty (30) days of the date of travel unless applicable law or treaty provides for a longer period of time.

Luggage Resolution Department
Spirit Airlines, Inc.
2800 Executive Way
Miramar, FL 33025

### 7.4   *Fragile and Perishable Items*

Fragile/Perishable items may be accepted if a release is signed that indemnifies Spirit against liability for damage to, loss or spoilage of, or delay in delivery resulting in damage to, loss or spoilage of such items.

The following are some examples of items that are fragile or perishable, or otherwise unsuitable as checked baggage, and are subject to the conditions of acceptance set forth above:  bicycles, blueprints, cameras, ceramics, china, crystal, dolls, figurines, flash equipment, flowers, glass or glass containers, lenses, maps, mirrors, models, paintings, perfumes, liquids, bottles, musical instruments and equipment,  kites, surfboards, seafood, plants, sculptures, strollers, trophies, vases, and wines.

Perishable items include, without limitation, items such as fruit, vegetables, meats, fish, poultry, bakery products and other forms of food, flowers and floral displays and plants

and similar articles requiring maintenance at specific temperatures such as medicine must meet local agricultural guidelines.

Spirit will refuse to accept property for transportation that is not suitably packaged to withstand ordinary handling, the size, weight or character of which makes it unsuitable for transportation, or that cannot be accommodated without harming or annoying customers. Fragile and perishable items will be accepted if the tube, container or case is designed for shipping such items, and it is packed in leak-proof containers or in airline approved protective material.

Note:  Plastic bags or foam containers are not acceptable for frozen food or other items that may leak during transit.

### 7.5   Conditions for Acceptance of Special Items

The following items may be accepted as carry-on and/or checked baggage with restrictions.  Standard baggage charges apply to ALL checked items and carry-on items (that exceed personal item dimensions), except where a special charge is indicated below. Size and weight charges may also apply, unless the overweight or oversized charge is specifically waived as stated below.  To be accepted as carry-on baggage, the item must be within the size limits listed in section 7.2. Checked baggage may require a limited liability release tag, which can be obtained at the Spirit Airline's airport ticket counter.

For safety and security reasons, all items must be securely packed inside a bag or case/container. Unsecured items may not be attached to a bag. Items that are packed separately will be considered two separate items and are subject to separate service charges.

SPIRIT DOES NOT PROVIDE SHIPPING BOXES.

NOTE: The following list is NOT all inclusive.

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-------------------------------------|
| Alcohol | A maximum of 5 Liters or 1.3 gallons of liquor products containing more than 24% and no more than 70% alcohol by volume are allowed to be carried per customer in checked baggage. Containers must be unopened and packaged so as not to break or leak.  One duty free box or bag containing duty free items is permitted in addition to the standard carry-on baggage allowance.<br><br>* Liquor products over 70% alcohol by volume (over 140 proof) will NOT be accepted. | Yes – with exceptions* | Yes – with exceptions* | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-------------------------------------|
| Antlers | Dimension (L + W + H) must not exceed 120 linear inches. Head/skull must be completely clean and free of residue. Points must be covered and protected. | No | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|------------------------------------|
| Archery Equipment | Archery equipment must be packed in a case or in a container of sufficient strength to protect the bows and quiver with arrows from accidental damage. | No | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|------------------------------------|
| Artistic Items | Items include but are not limited to:  oversized pictures, drawings, statues, models, souvenirs, art objects, curios and similar articles. | Yes | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|------------------------------------|
| Balls/ Balloons | Items include but are not limited to:  Footballs, soccer balls, basketballs, volleyballs.  Items may need to be slightly deflated and safe transport. Helium balloons may be transported if completely deflated. | Yes | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|------------------------------------|
| Baseball Equipment | * While baseball equipment will be accepted, baseball bats will not be accepted as carry-on baggage. | Yes – with exceptions* | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|------------------------------------|
| Bicycles | Bicycles are included as part of the customer's standard baggage allowance and will be accepted for a special charge per direction (charged at the airport on the day of departure). Oversize limits and charges are waived for bicycles. Overweight charges are waived for bicycles.<br><br>Bicycle equipment may consist of (1) non-motorized touring or racing bicycle with a single seat.  Bicycles should be prepared for transportation by the customer. Bicycle must be placed in a cardboard or hard cased bike container. Bicycle tires must be deflated. Bicycles not enclosed will NOT be accepted.<br><br>* Spirit reserves the right to refuse transportation of these items due to safety and/or operational limitations. | No | Yes – with exceptions* | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|------------------------------------|
| Bowling Equipment | * To be stowed onboard, bowling bags must fit under the seat in front of you, and contain only one (1) bowling ball.  Bowling balls may not be stowed in the overhead bins. | Yes – with exceptions* | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|---|---|---|---|---|
| **Boxes and Plastic Containers** | Boxes may be opened and inspected upon check-in.  Boxes must meet the same restrictions contained in our baggage acceptance policy. Boxes must have the strength to hold the contents. Spirit is not responsible for packaging/re-packaging any boxes.<br><br>* Boxes may be transported as checked baggage to all locations except when embargos are in place. Boxes containing or having contained hazardous material are NOT accepted. | Yes | Yes – with exceptions* | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|---|---|---|---|---|
| **Camping Gear** | Items include but are not limited to:  Backpacks, sleeping bags, and knapsacks<br><br>* Any dangerous goods such as flares, camping stove fuel, etc. are NOT accepted. | Yes – with exceptions* | Yes – with exceptions* | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|---|---|---|---|---|
| **Ceramics/ Chinaware/ Glass** | Items include but are not limited to:  Pots, statues, bowls, dishes, glasses or other containers made of clay hardened by heat, earthenware, crockery, and containers or ornaments made of porcelain or baked clay, and items made of or containing glass and similar articles.<br><br>* To be accepted as checked baggage, these items must be packed properly. | Yes | Yes – with exceptions* | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|---|---|---|---|---|
| **Dry Ice** | Spirit accepts solid dry ice in quantities not exceeding 5.5 lbs.<br><br>As carry-on, dry ice must be used as a refrigerant for the contents of the package, and must be packaged in a ventilated container.<br><br>As checked baggage, the container must be marked with the name of the contents being cooled, net weight and also marked CARBON DIOXIDE. | Yes | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|---|---|---|---|---|
| **Electric Chainsaws** | Electric chainsaws must be packaged in original container or hard sided container for safe transport.<br><br>Spirit does NOT permit other types of powered chain saws, such as fuel or gas powered, on any flight due to the DOT's requirements for transporting hazardous materials. | No | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| Electric Skateboards & Hover Boards | Electric skateboards and hover boards are NOT allowed for transport except as required by law. | No | No | N/A |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| Electronic Cigarettes (e-cigarettes) | * E-cigarettes and other battery-powered smoking devices are NOT allowed to be used onboard any Spirit Airlines aircraft. Some countries (e.g. Dominican Republic) prohibit the carriage of these devices in carry-on baggage, checked baggage, and/or on one's person, in which case Spirit will enforce such prohibition(s). | Yes – with exceptions* | No | N/A |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| Electronics | Items include but are not limited to:  All video and audio devices, televisions, radios, computers, stereo equipment, VCR players, VCR recorders and their accessories, typewriters, hair dryers, sewing machines, specialized equipment, and similar articles. | Yes | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| Firearms & Ammunitions | **Firearms**<br><br>Firearms are accepted provided that all of the following provisions are met:<br><br>1.  The customer checking the firearm is at least 18 years of age.<br><br>2.  The customer is not traveling to an international destination.<br><br>3.  The customer declares the firearm to be unloaded and signs a Firearms Declaration tag.<br><br>NOTE:  A customer checking multiple firearms must complete a Firearms Declaration tag for each firearm checked.<br><br>4.  The firearm is in a hard-sided container which is locked, and only the customer retains the key or combination.<br><br>5.  The customer must place the signed Firearms Declaration tag(s) as follows:<br><br>• If the hard-sided locked container is inside another piece of luggage, the tag shall be placed inside the luggage next to the locked container.<br><br>• If the firearm is a rifle or shotgun, the tag shall be placed inside the locked hard-sided rifle or shotgun case.<br><br>• If the firearm is contained in a locked hard-sided suitcase, the tag shall be placed inside the suitcase next to the firearm. | No | Yes | No |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| | **Ammunitions**<br><br>Small arms ammunition (up to 19.1 mm for rifle and pistol cartridges, any size shotgun shells) for personal use is accepted provided that all of the following provisions are met:<br><br>1.   The customer is not traveling on an international flight, and is not under the age of eighteen.<br><br>2.   Amount of ammunition must not exceed eleven pounds (11 lb.) per customer.<br><br>3.   Ammunition must be securely packed in boxes or other packaging specifically designed to carry small amounts of ammunition. Ammunition clips and magazines must also be securely boxed.<br><br>4.   Firearms and properly packaged ammunition may be carried in the same hard-sided container. Or, the ammunition may be carried in a separate piece of checked baggage. | | | |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Fishing Equipment** | Fishing rods/poles must be secured in a case or container. Customers may pack reels or fragile tackle that do not pose a security threat in their carry-on baggage.<br><br>* Tackle Equipment such as sharp fishing may be considered dangerous, such as large fish hooks, should be sheathed, securely wrapped, and will be accepted as checked baggage only. | Yes – with exceptions* | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Golf Equipment** | Oversize charges are waived for golf bags containing golf clubs. A pull cart may be included if it is attached to the golf bag. Golf equipment should be enclosed with a cover to prevent loss of contents. Hard sided carriers are recommended.<br><br>*Golf Clubs will not be accepted as carry-on baggage. | Yes – with exceptions* | Yes | Yes<br><br>(soft-sided golf bags only) |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Hockey Equipment** | One item of hockey equipment includes two (2) hockey sticks (taped together) and one bag containing only hockey equipment. Oversize charges are waived for hockey bags containing hockey sticks.<br><br>*Hockey sticks will not be accepted as carry-on baggage. | Yes – with exceptions* | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Household Articles** | Lamps, lamp shades, furniture and items of similar nature are acceptable if properly packaged. | Yes | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Ice** | Spirit does not accept any form of loose or cubed ice for transport to be packed in coolers, lunch bags, etc.<br><br>* Frozen water in bottles or ice packs can be used as a refrigerant. | Yes – with exceptions* | Yes – with exceptions* | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Incubators** | Incubators are NOT allowed for transport. | No | No | N/A |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Javelin/ Vaulting Pole Equipment** | Size limits are waived for javelin/vaulting pole equipment; however, oversize and overweight charges apply.<br><br>* Spirit reserves the right to refuse transportation of these items due to safety and/or operational limitations. | No | Yes – with exceptions* | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Kayak, Boat, Canoes** | Kayaks, Boats, and Canoes are NOT allowed for transport. | No | No | N/A |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Lacrosse Equipment** | One item of lacrosse equipment includes two (2) lacrosse sticks (taped together) and one bag containing only lacrosse equipment. Oversize charges are waived for lacrosse bags containing lacrosse sticks.<br><br>* Lacrosse sticks will not be accepted as carry-on baggage. | Yes – with exceptions* | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Lithium Ion Batteries for Mobility Assistive Devices** | * A maximum of one spare battery not exceeding 300 watt hours (Wh) or 25 grams equivalent lithium content (ELC), or two spares batteries not exceeding 160 Wh (13.5 grams ELC) each may be carried in carry-on baggage. Spare batteries are NOT accepted as checked baggage.<br><br>Rechargeable lithium ion batteries without a protective housing must be removed from the mobility assistive device and battery terminals protected from short circuit. The battery is limited in size to no more than 300 Wh or 25 grams ELC, and may be carried in carry-on baggage only. The customer must advise Spirit of the battery location.<br><br>Rechargeable lithium ion batteries with a protective housing may remain installed and be checked with the mobility assistive device only if it is securely attached to the device, and the terminals protected from short circuit. The battery cables may remain connected only if the device is protected from accidental activation. Lithium ion batteries with a protective housing are not limited in Wh when checked with the assistive device. | Yes – with exceptions* | Yes – with exceptions* | N/A |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Lithium Ion Batteries for Portable Electronic Devices** | * Each installed or spare lithium battery must not exceed 100 Watt-hours (Wh). Additionally, each installed or spare lithium battery must be of a type proven to meet the requirements of each test in the UN Manual of Tests and Criteria, Part III, Sub-section 38.3.<br><br>**Spare Batteries**<br>Spare lithium batteries are accepted in carry-on baggage ONLY. In carry-on baggage, a reasonable number of individually protected lithium ion batteries each not exceeding 100 Wh, may be carried per person. Each spare lithium battery must be individually protected so as to prevent short circuits (e.g., by placement in original retail packaging, by otherwise insulating terminals by taping over exposed terminals, or placing each battery in a separate plastic bag or protective pouch). | **Installed and Spares**<br>Yes – with exceptions* | **Installed**<br>Yes - with exceptions*<br>**Spares**<br>No | No |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Lithium Metal Batteries for Portable Electronic Devices** | * The lithium content for lithium metal (non-rechargeable) batteries may not exceed 2 grams per battery. Additionally, each installed or spare lithium battery must be of a type proven to meet the requirements of each test in the UN Manual of Tests and Criteria, Part III, Sub-section 38.3.<br><br>**Spare Batteries**<br>Spare lithium batteries are accepted in carry-on baggage ONLY. Spare batteries must be protected from damage and short circuit. | **Installed and Spares**<br>Yes – with exceptions* | **Installed**<br>Yes - with exceptions*<br>**Spares**<br>No | No |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Martial Arts** | Items include but are not limited to:  Billy clubs, blackjacks, brass knuckles, kubaton, martial arts weapons, night sticks, nunchaku, stun guns, shocking devices and throwing stars. | No | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Medical Portable Electronic Devices (M-PED)** | Medical Portable Electronic Devices (e.g., External Defibrillator Life Vests) may be transported at no charge when carried by itself or with other assistive devices, medications and/or medical supplies. These devices do not count towards the customer's baggage allowance.<br><br>* Please see Medical Certificates for further information regarding when Medical Certificates may be required. For battery requirements see Lithium Ion Batteries for Portable Electronic Devices or Lithium Metal Batteries for Portable Electronic Devices as applicable. | Yes – with exceptions* | Yes – with exceptions* | N/A |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Musical Instruments** | Musical Instruments are included as part of the customer's standard baggage. Musical instruments are considered a fragile item. Fragile items will be accepted as checked baggage if they are appropriately packaged in a container/case designed for shipping such items. Music instruments that exceed 150 linear inches or 165 lbs. will not be accepted.<br><br>* Small musical instruments (e.g. violins, flutes, guitars, etc.) are permitted as carry-on baggage as long as the instrument can be safely stowed in the overhead bin or under the customer's seat.  Stowage in the overhead bins is available on a first-come, first-serve basis. | Yes – with exceptions* | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Musical Instruments as Seat Baggage (Cargo in the Cabin)** | Spirit Airlines allows the carriage of musical instruments in the cabin as seat baggage (cargo in the cabin) if the instrument is too large to be stowed safely in a suitable baggage compartment in the aircraft cabin or under a passenger seat. The customer must purchase an additional seat and the cost is the applicable fare for the portions of the flight that the extra seat is requested plus sales tax. No additional fees will be charged. The instrument must be appropriately packaged in a container/case in a manner to avoid possible injury to customers and customer compartment occupants. The instrument may not impose any load on seats or the floor structure that exceeds the load limitation for those components. The item must be properly secured by the aircraft's seatbelt or other tie down having enough strength to eliminate the possibility of shifting under all normally anticipated flight and ground conditions. The instrument cannot block any customer's view of the "SEAT BELT" sign, "NO SMOKING" sign or required "EXIT" sign.  The instrument cannot occupy an emergency exit seat or impede access to the cabin aisle. The instrument may occupy a middle seat provided the adjacent window seat remains unoccupied. | Yes | N/A | N/A |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Nebulizers, Respirators and Ventilators** | These devices may be transported at no charge when carried by itself or with other assistive devices, medications and/or medical supplies. These devices do not count towards the customer's baggage allowance.  Such devices with labels showing that they meet FAA safety requirements can be used during flight. | Yes | Yes | No |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|---|---|---|---|---|
| **Non-Spillable Wet Batteries for Portable Electronic Devices** | * For a non-spillable battery, each battery must not exceed a voltage greater than 12 volts and a watt-hour rating of not more than 100 Wh. No more than two individually protected spare batteries may be carried.<br><br>To be accepted as checked baggage, the battery terminals must be protected from damage and short circuit and be contained within strong packaging. The packaging must be marked "non-spillable". | **Installed and Spares**<br>Yes – with exceptions* | **Installed and Spares**<br>Yes – with exceptions* | No |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|---|---|---|---|---|
| **Oxygen** | Contained oxygen and other gasses, e.g., in cylinders, canisters are NOT permitted for carriage on Spirit Airlines.<br><br>Spirit does NOT offer oxygen onboard its aircraft. | No | No | N/A |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|---|---|---|---|---|
| **Paintball Equipment** | Paintball guns are not considered a firearm and may be transported in unlocked, soft or hard-sided baggage.<br><br>Compressed gas cylinders are NOT permitted for carriage on Spirit Airlines. | No | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|---|---|---|---|---|
| **Parachute Equipment** | * Sporting parachutes are acceptable provided the parachute and its accessories do not include any items that are prohibited from being carried, e.g., compressed gas cylinders, flares or other hazardous materials. | Yes – with exceptions* | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|---|---|---|---|---|
| **Photographic Equipment** | Items include but are not limited to:  All cameras, VCR recorders/ players, photoflash equipment, photometers, spectroscopes, photo tubes, and/or other similar devices using sensitive tubes or plates and film (still or movie), exposed or unexposed, as well as all related attachments or accessories.<br><br>* Chemicals used for film development are NOT accepted for transport. | Yes – with exceptions* | Yes – with exceptions* | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|---|---|---|---|---|
| **Portable Dialysis Machines** | Portable dialysis machines may be transported at no charge when carried by itself or with other assistive devices, medications and/or medical supplies. These devices do not count towards the customer's baggage allowance.<br><br>* These devices are NOT permitted for use on Spirit's aircraft. | Yes – with exceptions* | Yes | No |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Portable Oxygen Concentrators** | Portable Oxygen Concentrators (POC) are battery-powered concentrators that provide the user with a pulse flow of concentrated oxygen, without storing oxygen. These items may be transported at no charge when carried by itself or with other assistive devices, medications and/or medical supplies. These devices do not count towards the customer's baggage allowance. <br><br> To be used onboard, a POC must be on the FAA approved list or it must bear a permanent label on the exterior of the device certification containing the following certification statement in red lettering: *"The manufacturer of this POC has determined this device conforms to all applicable FAA acceptance criteria for POC carriage and use on board aircraft."* The labeling requirement does not apply to Portable Oxygen Concentrators on the FAA approved list. <br><br> The FAA approved list is as follows: <br><br> • Airsep Focus <br> • AirSep FreeStyle <br> • AirSep FreeStyle 5 <br> • AirSep LifeStyle <br> • Delphi RS-00400 <br> • DeVilbiss Healthcare iGo <br> • Inogen One <br> • Inogen  One G2 <br> • Inogen One G3 <br> • Inova Labs LifeChoice <br> • Inova Labs LifeChoice Activox <br> • International Biophysics LifeChoice <br> • Invacare Solo2 <br> • Invacare XP02 <br> • Oxlife Independence Oxygen Concentrator <br> • Oxus Inc. RS-00400 <br> • Precision Medical EasyPulse <br> • Respironics EverGo <br> • Respironics Simply Go <br> • SeQual Eclipse <br> • SeQual eQuinox Oxygen System (model 4000) <br> • SeQual Oxywell Oxygen System (model 4000) <br> • SeQual SAROS <br> • VBox Trooper Oxygen Concentrator | Yes | Yes | No |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Precision Instruments** | Items include but are not limited to:  Microscopes, oscilloscopes, meters, counters, polygraphs, electrographs, medical equipment and similar articles. <br><br> * A limited liability release form is not required for medical equipment. | Yes | Yes | Yes – with exceptions* |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Ski Equipment (Water or Snow)** | Size limits are waived for ski equipment; however, oversize and overweight charges apply. | No | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Scuba Diving Equipment** | Compressed gas cylinders (scuba tanks), full or empty, will NOT be accepted for transport.<br><br>* Sharp objects, such as unloaded spear guns, knives and tools, must be packed in checked baggage only, and must be sheathed or securely wrapped. | Yes – with exceptions* | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Skateboards** | Non-motorized/Non-battery operated skateboards will be accepted as checked baggage only. | No | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Snowboards, Wakeboards, Boogie boards, Body boards, and Kiteboards** | There is no additional charge for these items provided they meet the size and weight limitations listed in section 7.3.2.1 and section 7.3.2.2. Items that exceed 62 linear inches will be classified as surfing equipment and will have a special charge per direction (charged at the airport on the day of departure). | No | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Surfing Equipment** | Surfboards are included as part of the customer's standard baggage allowance and will be accepted for a special charge per direction (charged at the airport on the day of departure). A maximum of (2) two surfboards will be accepted in one case. These items will be subject to a charge whether or not presented as a single piece or the maximum of two (2) item allowance in one case. Oversize limits and charges are waived for surfing equipment. Overweight charges are waived for surfing equipment.<br><br>* Spirit reserves the right to refuse transportation of these items due to safety and/or operational limitations. | No | Yes – with exceptions* | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Tennis Equipment** | | Yes | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| **Tools/Power Tools** | Items include but are not limited to: Axes, hatchets, cattle prods, crowbars, hammers, drills, table saws, screwdrivers, wrenches, and pliers. | No | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-------------------------------------|
| Wheelchairs | In addition to the standard baggage allowance and at no charge, Spirit Airlines will accept wheelchairs and other mobility assistive devices (manual and electric/battery operated) as checked baggage on the same flight as the customer who uses the device, unless the customer requests stowage of his or her manual folding and collapsible wheelchair within the aircraft cabin.<br><br>At the time of check-in, electric-powered wheelchairs must have cables disconnected and terminals protected against electrical shortages. Spirit strongly recommends that customers requiring this service check-in at least 90 minutes before departure.<br><br>Customers must check-in at the departure gate at least 45 minutes prior to the (original) scheduled flight departure time. The battery must be disconnected and terminals protected against electrical shorting and must be contained in a leak proof box fastened securely to the wheelchair.  It may be necessary to remove the battery if the wheelchair cannot be loaded, stowed, and unloaded in an upright manner.<br><br>* Once one customer's manual folding and collapsible wheelchair has been accepted for accommodation in the passenger cabin, Spirit Airlines will accept one (1) additional manual folding and collapsible wheelchair as long as no other customers are displaced. | Yes – with exceptions* | Yes | No |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-------------------------------------|
| Windsurfing Equipment | Windsurfing equipment is NOT accepted for transport. | No | No | N/A |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-------------------------------------|
| Wood Carvings | * Customers transporting wood carvings to/from Jamaica are required to place the item(s) in checked baggage per Jamaican government regulations. | Yes – with exceptions* | Yes | Yes |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-------------------------------------|
| Urns, Human/Animal Remains & Organs | Spirit will NOT accept human or animal remains and/or organs, with the exception of cremated human or animal remains being transported as follows:<br><br>* Domestic Travel<br><br>To be transported as carry-on baggage, the crematory container must undergo successful X-ray screening by TSA. If a container is made of a material that prevents screeners from clearly seeing what is inside, the container will not be allowed through the checkpoint. Per TSA guidance, out of respect to the deceased and their family and friends, under no circumstances will a TSA officer | Yes – with exceptions* | Yes – with exceptions* | No |

| Item | Description | Carry-on? | Checked? | Requires Limited Liability Release |
|------|-------------|-----------|----------|-----------------------------------|
| | open the container even if the customer requests this be done.<br><br>NOTE: Documentation from the funeral home is not sufficient to carry a crematory container through security and onto a plane without screening.<br><br>To be transported as checked baggage, the crematory container must be successfully screened during the checked baggage screening process.  The TSA will screen the container for explosive materials/devices using a variety of techniques; if cleared, it will be permitted as checked baggage only.<br><br>The TSA recommends that customers transport remains in temporary or permanent containers constructed of light-weight materials such as plastic or wood that can be successfully x-rayed.<br><br>**International Travel**<br><br>Countries have different regulations and documentation requirements for receiving cremated remains. It is the customer's responsibility to obtain importation permission from the embassy (or appropriate government office) of the country to which they are traveling.<br><br>Although the customer can contact the embassy or appropriate government office to complete the necessary legal paperwork, Spirit recommends that they acquire the services of a funeral director to assist with the necessary arrangements. | | | |

7.6     *Restricted Articles*

The following list is classified as hazardous and may not be carried in baggage. The list is not all-inclusive and Spirit may reject any substance it deems to be a threat to safety.

7.6.1.   Liquor products over 140 proof.

7.6.2.   Gasoline-powered tools.

7.6.3.   Compressed gases.

7.6.4.   Corrosives (such as acids and wet batteries).

7.6.5.   Explosives (such as dynamite, but also including fireworks).

7.6.6.   Flammables (such as matches and lighter fuels).

7.6.7.   Poisons.

7.6.8.   Magnetic and radioactive materials and all other items by government regulations.

7.6.9.   Additional prohibited or restricted hazardous or dangerous goods and materials can be found in the following resources in effect at the time of travel:

   a)   DOT hazardous materials regulations (49CFR 171-177)

   b)   IATA Dangerous Goods Regulations

   c)   TSA Permitted and Prohibited Items

## 7.7   *Limitations of Liability*

Except to the extent inconsistent with applicable laws, Spirit Airlines will not accept liability for cosmetic and/or superficial damage caused to baggage as a result of normal wear and tear during the course of any of the operations of carriage.

Spirit will not be liable for loss, damage, or delay as the result of actions taken by the TSA, Customs, or other governmental agencies.

Spirit Airlines will not be liable for loss or damage to unchecked baggage (baggage that is in the custody of the customer and includes carry-on baggage) unless such damage is caused by our negligence, which excludes damage resulting from turbulence or shifting of items during flight.

7.7.1.   Domestic Baggage – Limitation of Liability

   7.7.1.1.   Spirit assumes no responsibility or liability for the following items in or as checked or carry-on baggage: money, negotiable papers, securities, business documents, irreplaceable books, manuscripts, publications, photographic or electronic equipment, computers, computer hardware or software, jewelry, watches, eyeglasses (prescription or non-prescription), silverware, china, precious metals, heirlooms, furs, tobacco products, antiques, artifacts, paintings and other works of art, medicines, human organs, perfumes, commercial items, cosmetics, samples, or any similar valuable or fragile items or items not packaged in accordance with other rules here.

   7.7.1.2.   For travel wholly between U.S. points, liability for loss, delay or damage to checked baggage is limited to $3,500 per customer holding a confirmed reservation.

7.7.2   International Baggage– Limitation of Liability

   7.7.2.1.   Spirit will NOT accept any agricultural items, perishable items or any product that does not conform to the Customs and/or Agricultural government entities of any foreign country that the customer is entering into or leaving from on a Spirit flight.

   7.7.2.2.   Limitations on the number, size and weight of checked baggage apply.

   7.7.2.3.   For travel to/from international destinations, the limitations of liability, as applicable under the Warsaw Convention or the Montreal Convention, will apply.

a)   For international travel (including domestic portions of international itineraries) to which the Warsaw Convention applies:

Liability for loss, delay or damage to checked baggage is limited to approximately $9.07 per pound for checked baggage and $400 per customer for unchecked baggage.

Liability is for a maximum of 40 lbs/18.1 kgs ($362.80) per checked bag, unless the customer pays an additional checked baggage charge, and the precise weight of the baggage is noted on the customer's baggage claim check.

b)   For international travel (including domestic portions of international itineraries) to which the Montreal Convention applies:

Liability for loss, delay or damage to checked baggage is limited to 1,131 Special Drawing Rights ("SDR").

For international travel, the weight of each piece of checked baggage is presumed to be the applicable standard baggage allowance set forth above. This weight will establish the carrier's maximum liability, unless excess weight is clearly noted on the Customer's claim check, and additional charges are paid. If the weight of the baggage is not recorded on the Baggage Check, then it is presumed that the weight of the baggage falls within the standard baggage allowance set forth above.

7.7.3.   Spirit does NOT accept declarations of higher value.

## 7.8   *Portable Electronic Devices*

7.8.1   Use of Portable Electronic Devices Onboard the Aircraft

- Small authorized PEDs are devices under two (2) pounds and are of a size that can easily be placed in a seat pocket along with the other materials that are normally found in the seat pocket (Passenger Safety Information Card, Menu and/or airsickness bag).  They include devices like tablets, readers and mobile phones and may be used during all phases of flight including taxi, take-off and landing.  However, if using them during taxi, take-off and landing, you must secure these devices by holding them, putting them in your pocket or holster, or placing them in a seatback pocket.

- Large authorized PEDs are devices two (2) pounds or more such as full-size laptops.  They must be turned off and stowed during taxi, takeoff and landing.  You can stow them by having them under the seat in front of you or in an overhead compartment.  These devices may be used about 10,000 feet when authorized by a Flight Attendant announcement.

- On all flights operating outside U.S. airspace, portable electronic devices cannot be used during taxi, takeoff and landing, but may be used above 10,000 feet when authorized by a Flight Attendant announcement.

- Headsets or earphones (buds) are required for any audible portable device and any cords or accessories must not impede emergency egress.

- Devices must have their cellular network service disabled, commonly known as "Airplane Mode", from the time the aircraft door is closed for departure from the gate until the aircraft is taxiing to the gate upon arrival when authorized by a Flight Attendant announcement.

- Cell phone use is still limited and calls cannot be made during times when cellular network is to be disabled.

- Items which may not be operated at any time inside the aircraft include: TV receivers, remote controlled toys, e-cigarettes, radio transmitters and personal air purifiers.

- Due to safety concerns, customers must comply with all crewmembers instructions regarding the use of portable electronic devices.

- The DOT, with the FAA and Pipeline and Hazardous materials Safety Administration (PHMSA) has issued an emergency order banning all Samsung Galaxy Note7 smartphone devices for air transportation. Samsung Galaxy Note7 devices may not be transported on anyone's person, in carry-on baggage, or in checked baggage on all flights to, from, or within the United States.

# 8. SCHEDULE CHANGES, DELAYED FLIGHTS AND CANCELED FLIGHTS

8.1  *Spirit Airlines Responsibility for Schedules and Operations*
Times shown in a timetable or elsewhere are not guaranteed and form no part of the terms of transportation. Spirit may, without notice, substitute alternate carriers or aircraft, and may alter or omit stopping places shown on the reservation. Schedules are subject to change without notice. Spirit is not responsible or liable for making connections (on its own flights or flights of any other carrier), or for failing to operate any flight according to schedule, or for changing the schedule of any flight.

8.2  *Rebooking*
When a customer holding a confirmed reservation on a Spirit flight which is delayed because of a schedule irregularity (including but not limited to, a missed connection, flight cancellation, omission of a scheduled stop, substitution of equipment, or schedule change), Spirit may rebook the customer on Spirit's first flight on which seats are available to the customer's original destination without additional charge. Our staff will focus on rebooking as many customers as possible on alternate flights, either direct to

the destination or via connections through other airports to best accommodate the customer's needs.

A change may be made to an itinerary without a charge and/or fare difference when the itinerary was affected by a cancelled flight, an eligible schedule change or a delayed flight (greater than two hours from the original departure time) provided:

- The same departure and arrival airports are booked and;

- The itinerary is rebooked within Spirit's authorized date ranges (currently within 7 days of the departure date).

With limited exceptions, Spirit will not reimburse customers for flights that they book on other carriers.

8.3     *Amenities/Services for Customers*
Spirit will not assume expenses incurred as a result of a flight delay, cancellation, or schedule change. Spirit may provide limited amenities and services, which may be required by certain customers in order to maintain their safety, health and welfare. Amenities provided by Spirit are provided as a courtesy to the customer and are not to be considered an obligation of Spirit.

In the case of a cancellation or misconnection, if rebooking options are available the following day, and the cancellation was due to our failure, we may offer overnight hotel accommodations for non-local customers.  However, if the cancellation or misconnection is caused by severe weather, Air Traffic Control decisions or other issues outside of Spirit's control, we cannot offer such accommodations.  We will, nevertheless, make reasonable efforts to provide information enabling customers to secure accommodations on their own. No lodging will be provided to a customer on any Spirit flight which is delayed or canceled in the originating city on the customer's reservation.

# 9.   DENIED BOARDING

When Spirit is unable to provide a previously confirmed seat due to an oversell condition, Spirit will take voluntary and/or involuntary denied boarding customers in accordance with regulations of the DOT as specified below:

9.1     *Voluntary*
If a flight is oversold (more customers hold confirmed reservations than there are seats available), no one may be denied boarding against his or her will until airline personnel first ask for volunteers who will give up their reservations willingly in exchange for payment of Spirit's choosing.

9.2     *Involuntary*
If a flight is oversold and there are not enough volunteers, other customers may be denied boarding involuntarily in accordance with the following:

9.2.1.   With the exception of Unaccompanied Minors and Customers with Disabilities, the last customer(s) to check in may be denied boarding in the event of an oversell, weight and balance or reduction of aircraft capacity due to inoperable seats when required for operational or safety reasons.

9.2.2.   If customers are to be denied boarding involuntarily (after volunteers are solicited), they will be selected based on their time of check-in, in other words the last customer to check in on the flight will be the first customer removed from the flight.  Spirit reserves the right to modify the manner of priority per 14 C.F.R. Section 250.3.

### 9.3    *Exceptions to Payment of Compensation for Denied Boarding*
No denied boarding compensation will be made if:

9.3.1.   The denied boarding is a result of a substitution of an aircraft with lesser capacity.  Customers will be denied boarding based on the following criteria:

- Time of booking if the flight is outside of 3 hours prior to the (original) scheduled departure time, or

- Time of check-in if the flight is within airport control of 3 hours prior to the (original) scheduled departure time.

9.3.2.   The customer is accommodated on a flight scheduled to arrive within one (1) hour of the original arrival time.

9.3.3.   The customer has not fully complied with the airline's reservation or check-in time limits or the customer is not acceptable for transportation under the airline's usual rules and practices.

### 9.4    *Denied Boarding Regulations*
9.4.1   Compensation for Denied Boarding

If you have been denied a reserved seat on Spirit Airlines, you are probably entitled to monetary compensation. In the case of an oversold flight, Spirit will provide information explains the airline's obligation and the customer's rights in the case of an oversold flight, in accordance with regulations of the *DOT*.

9.4.2   Volunteers and Boarding Priorities

If a flight is oversold (more customers hold confirmed reservations than there are seats available), no one may be denied boarding against his or her will until airline personnel first ask for volunteers who will give up their reservation willingly, in exchange for compensation of the airline's choosing. If there are not enough volunteers, other customers may be denied boarding involuntarily in accordance with the following boarding priority of Spirit Airlines.

9.4.3   Compensation of Involuntary Denied Boarding

If you are denied boarding involuntarily, you are entitled to a payment of ''denied boarding compensation'' from the airline unless:

1)   you have not fully complied with the airline's ticketing, check-in and reconfirmation requirements, or you are not accepted for transportation under the airline's usual rules and practices; or

2)   you are denied boarding because the flight is canceled; or

3)   you are denied boarding because a smaller capacity aircraft was substituted for safety or operational reasons; or

4)   you are offered accommodations in a section of the aircraft other than specified in your ticket, at no extra charge (a customer seated in a section for which a lower fare is charged must be given an appropriate refund); or

5)   Spirit is able to place you on another flight or flights that are planned to reach your next stopover or final destination within one hour of the planned arrival time of your original flight.

9.4.4   Amount of Denied Boarding Compensation

*Domestic Transportation*

Customers traveling between points within the United States (including the territories and possessions) that are denied boarding involuntarily from an oversold flight are entitled to:

1)   no compensation if the carrier offers alternate transportation that is planned to arrive at the customer's destination or first stopover not later than one hour after the planned arrival time of the customer's original flight;

2)   200% of the fare to the customer's destination or first stopover, with a maximum of $675, if the carrier offers alternate transportation that is planned to arrive at the customer's destination or first stopover more than one hour but less than two hours after the planned arrival time of the customer's original flight; or

3)   400% of the fare to the customer's destination or first stopover, with a maximum of $1,350, if the carrier does not offer alternate transportation that is planned to arrive at the airport of the customer's destination or first stopover less than two hours after the planned arrival time of the customer's original flight.

| Length of Arrival Delay to Final Destination Due To Over Sale | Amount of Compensation |
|---|---|
| 0 to 1 hour arrival delay | No compensation |
| 1 to 2 hour arrival delay | 200% of fare to destination (but no more than $675) |
| Over 2 hour arrival delay | 400% of fare to destination (but no more than $1350) |

*International Transportation*

Customers traveling from the United States to a foreign point who are denied boarding involuntarily from an oversold flight originating at a U.S. airport are entitled to:

1) no compensation if the carrier offers alternate transportation that is planned to arrive at the customer's destination or first stopover not later than one hour after the planned arrival time of the customer's original flight;

2) 200% of the fare to the customer's destination or first stopover, with a maximum of $675, if the carrier offers alternate transportation that is planned to arrive at the customer's destination or first stopover more than one hour but less than four hours after the planned arrival time of the customer's original flight; or

3) 400% of the fare to the customer's destination or first stopover, with a maximum of $1,350, if the carrier does not offer alternate transportation that is planned to arrive at the airport of the customer's destination or first stopover less than four hours after the planned arrival time of the customer's original flight.

| Length of Arrival Delay to Final Destination Due To Over Sale | Amount of Compensation |
|---|---|
| 0 to 1 hour arrival delay | No compensation |
| 1 to 4 hour arrival delay | 200% of fare to destination (but no more than $675) |
| Over 4 hour arrival delay | 400% of fare to destination (but no more than $1350) |

9.4.5   Alternate Transportation

''Alternate transportation'' is air transportation with a confirmed reservation at no additional charge (by any scheduled airline licensed by DOT), or other transportation accepted and used by the customer in the case of denied boarding.

9.4.6   Method of Payment

Except as provided below, the airline must give each customer who qualifies for involuntary denied boarding compensation a payment by cash or check for the amount specified above, on the day and at the place the involuntary denied boarding occurs.

If the airline arranges alternate transportation for the customer's convenience that departs before the payment can be made, the payment shall be sent to the customer within 24 hours.

The air carrier may offer free or discounted transportation in place of the Involuntary Denied Boarding Compensation payment. In that event, the carrier must disclose all material restrictions on the use of the free or discounted transportation before the customer decides whether to accept the transportation in lieu of Involuntary Denied Boarding Compensation. The

customer may insist on the Involuntary Denied Boarding Compensation or refuse all compensation.

### 9.4.7   Customer's Options

Acceptance of the compensation may relieve Spirit Airlines from any further liability to the customer caused by its failure to honor the confirmed reservation. However, the customer may decline the payment and seek to recover damages in a court of law or in some other manner.

## 10.   REFUNDS

### 10.1   *Voluntary*
Refunds will be made in accordance with applicable fare rules. No refunds will be made for non-refundable reservations.

### 10.2   *Involuntary*
In the event that Spirit is unable to provide a previously confirmed seat and is unable to reroute the customer via Spirit, Spirit will refund as indicated below:

10.2.1.  If no portion of the reservation has been used, the refund will be equal to the fare paid by the customer.

10.2.2.  If a portion of the reservation has been used, the refund will be equal to the amount of the unused portion.

10.2.3.  Customers involved in a Spirit Airlines cancellation or delay in excess of two (2) hours will have three (3) options available to them:  1) re-accommodation, 2) a credit for future travel, or 3) a refund.

10.2.4.  Refunds will only be issued to the form of payment used to complete the original purchase.

### 10.3   *Foreign Currency Refunds*
10.3.1  Spirit will pay the refund in the form that was used in purchasing the original reservation; however, cash refunds will be issued in the form of a check.  Spirit will observe any refund restriction that may be published in the applicable rules governing the original transportation document.

10.3.2  All refunds will be subject to government laws, rules, regulations, or orders of the country in which the reservation was originally purchased and of the country in which the refund is being made.

### 10.4   *Refund Contacts*
Customers entitled to refunds may apply for a refund by contacting Spirit Customer Care at 801-401-2222 or the request may be made in writing via our web site at www.spirit.com, or by writing to Corporate Customer Relations, Attention: Refunds, 2800 Executive Way, Miramar, FL 33025.

## 11.   NON-REVENUE CUSTOMERS

Non-revenue customers refers to direct Spirit team members, their eligible dependants, buddy pass holders, and other airline employees who will be enplaned on a flight subject to availability of space at departure time (standby), free of charge or at a reduced rate, with the exception of any applicable booking fees, international taxes and imputed income. Certain optional service charges may also be applicable. Team members are encouraged to review Spirit's Travel Policy prior to travel.

Every effort will be made to seat non-revenue customers, but only after all revenue customers have been assigned seats. Non-revenue customers are not entitled to service recovery compensation, denied boarding compensation, or amenities related to trip interruptions.

Liability limits shall be the same for non-revenue customers as revenue customers. Please refer to section 12 or, in the case of baggage, to subsection 7.7 herein for additional information.

## 12.   DISCLAIMER OF CONSEQUENTIAL DAMAGES, MODIFICATIONS, AND LIMITATIONS OF LIABILITY

12.1   *Disclaimer of Consequential Damages*
Purchase of a reservation does not guarantee transportation. Spirit shall in no event be liable for direct, indirect, special or consequential damages resulting from the performance or delay in performance of, or failure to perform, transportation of customers and other services whether or not Spirit has knowledge that such damages might be incurred.

12.2   *Disclaimer of Modifications*
12.2.1   Spirit Airlines Contract of Carriage is subject to change without notice.

12.2.2   Spirit shall not be liable for false, misleading or inaccurate information provided by travel agencies and third party websites.

12.2.3   Information provided outside of this contract, including via links provided herein, are not considered part of Spirit's Contract of Carriage.

12.3   *Limitations of Liability*
Spirit's liability for any accident, injury, or death is governed by applicable laws.

12.3.1   If the customer's journey involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention or the Montreal Convention may be applicable.

The convention governs, and in most cases limits the liability of carriers for death, personal injury, and in respect to loss of, or damage to, baggage.

12.4   *Waiver/Modification of Terms of Contract of Carriage*
No employee of Spirit has the authority to modify, waive or alter any term of this Contract of Carriage unless authorized by an officer of Spirit Airlines.

# 13.   CHOICE OF LAW AND VENUE

13.1   This Contract of Carriage will be governed by and construed in accordance with the laws of the United States of America and the State of Florida without regard to conflict of law principles or law.

All right to trial by jury in any action, proceeding or counterclaim arising out of or in connection with this Contract of Carriage is irrevocably waived.

13.2   No Class Action – Any case brought pursuant to this Contract of Carriage, Spirit's Tarmac Delay Plan, or Spirit's Customer Service Plan must be brought in a party's individual capacity and not as a plaintiff or class member in any purported class or representative proceeding.

13.3   Time Limit – No legal action may be brought by a passenger against Spirit or its directors, officers, employees or agents unless commenced within six (6) months from the date of the alleged incident.

# 14.   SPIRIT AIRLINES TARMAC DELAY PLAN

Spirit Airlines Contingency Plan for Lengthy Tarmac Delays includes the following:

14.1   For domestic flights, Spirit Airlines will not permit an aircraft to remain on the tarmac for more than three (3) hours before allowing customers to deplane unless:

a)   The pilot-in-command determines there is a safety-related or security-related reason (e.g., weather, a directive from an appropriate government agency, etc.) why the aircraft cannot leave its position on the tarmac to deplane customers; or

b)   Air Traffic Control advises the pilot-in-command that returning to the gate or another disembarkation point elsewhere in order to deplane customers would significantly disrupt airport operations.

14.2   For international flights operated by Spirit Airlines that depart from or arrive at a U.S. airport, Spirit Airlines will not permit an aircraft to remain on the tarmac at a U.S. airport for more than four (4) hours before allowing customers to deplane, unless:

a)   The pilot-in-command determines there is a safety-related or security-related reason (e.g., weather, a directive from an appropriate government agency, etc.) why the aircraft cannot leave its position on the tarmac to deplane customers; or

b)   Air Traffic Control advises the pilot-in-command that returning to the gate or another disembarkation point elsewhere in order to deplane customers would significantly disrupt airport operations.

14.3    For all flights covered by this plan, Spirit Airlines shall do the following:

a)  Provide adequate food and potable water no later than two (2) hours after the aircraft leaves the gate (in case of a departure) or touches down (in case of an arrival) if the aircraft remains on the tarmac, unless the pilot-in-command determines that safety or security considerations preclude such service;

b)  Ensure operable lavatory facilities, comfortable cabin temperatures, as well as adequate medical attention if needed, while the aircraft remains on the tarmac;

c)  Ensure that the customers on the delayed flight will receive notifications regarding the status of the delay every 30 minutes while the aircraft is delayed, including the reasons for the tarmac delay, if known;

d)  Ensure that the customers on the delayed flight will be notified beginning 30 minutes after departure time (including any revised departure time that customers were notified about before boarding) and every 30 minutes thereafter that they have the opportunity to deplane from an aircraft that is at the gate or another disembarkation area with the door open if the opportunity to deplane actually exists;

14.4    Spirit Airlines has sufficient resources to implement the plan; and

14.5    Spirit Airlines' plan has been coordinated with the following:

a)  Airport authorities (including terminal facility operators where applicable) at each U.S. large hub airport, medium hub airport, small hub airport and non-hub airport that the carrier serves, as well as its regular U.S. diversion airports, and will share facilities and make gates available at the airport in the event of an emergency;

b)  U.S. Customs and Border Protection (CBP) at each large U.S. hub airport, medium hub airport, small hub airport and non-hub airport that is regularly used for that carrier's international flights, including diversion airports; and

c)  The TSA at each U.S. large hub airport, medium hub airport, small hub airport and non-hub airport that the carrier serves, including diversion airports.

# 15.    Spirit Airlines Customer Service Plan

Content of Customer Service Plan

1.  Offer the lowest fare available.

2.  Notify customers of known delays, cancellations and diversions.

3.  Deliver baggage on time.

4.  Allow reservations to be held or cancelled without penalty for a defined amount of time.

5.  Provide prompt reservation refunds.

6.  Properly accommodate customers with disabilities and other special needs, including during tarmac delays.

7.  Meet customers' essential needs during lengthy tarmac delays.

8.  Handle "bumped" customers with fairness and consistency in the case of oversales.

9.  Disclose travel itinerary, cancellations, Frequent Flyer Rules, aircraft seating configurations and lavatory availability.

10. Notifying customers in a timely manner of changes in their travel itineraries.

11. Ensure responsiveness to customer complaints.

12. Identify the services to mitigate customer inconveniences resulting from cancellations and misconnects.

## 1.  Offer the Lowest Available Fare

Lower fares may be available at the airport. Certain fares such, as Internet promotions, are not accessible to the Reservations Agent and may only be purchased at our web site, www.spirit.com.

*Recommendations:*

If you have time to plan and are flexible with your travel dates, booking travel and purchasing your reservations in advance may result in a lower fare, especially during peak travel seasons and holidays.

## 2.  Notify Customers of Known Delays, Cancellations and Diversions

We will give our customers, whether at the airport, onboard an aircraft, or elsewhere with computer or telephone access, the best available information regarding delays and cancellations in a timely manner.

Because we know that timely and accurate communication regarding travel interruptions is important, we make every reasonable effort to provide customers and employees with the most accurate, up-to-date flight information as quickly and frequently as possible.

*Recommendations:*

Prior to your trip, you can visit our Flight Information page on Spirit's website (www.spirit.com) for flight and travel information.  When making your reservations, providing Spirit with your contact information (phone numbers and/or e-mail address) can help us reach you in the event that a delay or cancellation becomes apparent before you leave for the airport or while you are in transit. Simply enter the information when making a reservation online at Spirit's website (www.spirit.com) or give it to your Spirit Reservations Agent.

If a flight is delayed or cancelled, Spirit works automatically to re-accommodate customers in advance when possible. If you miss your connection due to a delayed flight, or if your flight is cancelled, a new boarding pass for your revised itinerary may be obtained at the airport.

### 3.  Deliver Baggage On Time

We strive to ensure that all checked baggage arrives at your final destination on time; however, representatives will be available during posted hours for customers who require assistance with mishandled baggage.

In the event your baggage does not arrive at your destination with you, please file a delayed baggage report to immediately initiate a search for the missing piece(s). Once your belongings are located, they will be returned to you as quickly as possible. Retain your baggage claim receipts for tracing and settlement, if necessary.

If your baggage cannot be located within five (5) days, you will need to complete a Customer Property Form (see Spirit's Contract of Carriage section 7.3.7) so that our Luggage Resolution Department can assist with advanced tracing.

The Customer Property Form can be obtained online at:
http://spirit.zendesk.com/entries/21354141-Customer-Property-Form.

For further information pertaining to delayed, lost and damaged baggage, see Spirit's Contract of Carriage section 7.3.5. For further information pertaining to limitations of liability, see Spirit's Contract of Carriage section 7.7.

*Recommendations:*

We recommend you attach a baggage identification tag to each of your bags that clearly displays your name, address and telephone number. In addition, we suggest you place this same information and a copy of your itinerary inside the bags.

Be sure to carry necessities such as medication, keys and passports, as well as cameras, electronics, iPods, laptop computers, jewelry, cash and personal documents with you on the aircraft.

Always use baggage designed to withstand the stress of airport baggage handling systems and avoid over-packing.

### 4.  Allow Reservations to be Held or Cancelled Without Payment

Spirit does not hold reservations without payment.

Refunds are allowed for reservations made seven (7) days (168 hours) or more prior to your departure, provided that you make the refund request within 24 hours of your initial reservation.

### 5.  Provide Prompt Ticket Refunds

For customers due a refund, who purchased their reservations (including any charges associated with the fare) with a credit card, Spirit will process the credit within seven (7) business days.  Due to various billing cycles, a credit card statement may not reflect a refund immediately.

For customers due a refund, who purchased their reservation (including any charges associated with the fare) with cash, Spirit will issue a refund check within 20 business days of Spirit receiving your refund request.

## 6.  Properly Accommodate Customers with Disabilities and Other Special Needs, including during Tarmac Delays

We will provide our customers who have special needs, including customers with disabilities and unaccompanied minors, with the level of attention, respect and care they require. For further information pertaining to minors traveling unaccompanied, see Spirit's Contract of Carriage section 5.2.

Spirit's policies and procedures are in accordance with 14 CFR Part 382, Nondiscrimination on the Basis of Disability in Air Travel, which implements the Air Carrier Access Act. A copy of 14 CFR Part 382 may be obtained from the DOT by any of the following means:

1.  Calling from within the United States, by telephone via the Toll-Free Hotline for Air Travelers with Disabilities at 1-800-778-4838 (voice) or 1-800-455-9880 (TTY)

2.  Calling the Aviation Consumer Protection Division at 202-366-2220 (voice) or 202-366-0511 (TTY)

3.  Writing to the Air Consumer Protection Division, C-75, U.S. Department of Transportation, 1200 New Jersey Ave. SE, West Building, Room W96-432, Washington, DC 20590

4.  Visiting the Aviation Consumer Protection Divisions' website at http://airconsumer.ost.dot.gov.

*Recommendations:*

When making your reservations, be sure to notify Spirit of any special needs you may have. This will alert our employees to your circumstances so they can better prepare to assist you when you arrive at the airport. To assist Spirit in providing you with prompt assistance, please notify a Spirit team member of any special needs you may have upon your arrival to the airport.

## 7.  Meet Customers' Essential Needs during Lengthy On-Board Delays

Spirit is committed to operating a reliable schedule for every customer. Weather, Air Traffic Control and other issues can cause delays and cancellations. Our commitment is to make our customers who experience long on-aircraft delays as comfortable as possible. Spirit has a contingency plan to meet customer's essential needs during lengthy tarmac delays.  For more information on our commitment to you, please see Spirit's Contract of Carriage section 14.

When an on-aircraft delay occurs, we will manage the situation aggressively to minimize delays of greater than two (2) hours and make every reasonable effort to prevent those with longer durations. In the event of a lengthy delay, to provide food, water, restroom facilities and access to medical treatment for Customers onboard an airplane.  For delays of three (3) hours or more domestically or four (4) hours or more internationally, Customers will be allowed to deplane, subject to the Captain's and Air Traffic Control's concurrence.

*Recommendations:*

While Spirit offers food onboard for purchase, customers are always welcome to bring food onboard any of our flights.  If you are traveling with children, be sure to pack extra snacks and beverages (subject to TSA rules), as well as diapers and changing essentials.

## 8.  Handling Denied Boarding Customers with Fairness and Consistency in the Case of Oversales

When customers are denied boarding due to an overbooked flight, they will be compensated and treated fairly and consistently.  Removing paying customers is the last resort. First, volunteers will be solicited. If there are no volunteers, then the last customer to check-in may need to be removed; however, Spirit reserves the right to determine the manner of priority per 14 C.F.R. Section 250.3. See Spirit's Contract of Carriage section 9 for more information about denied boarding options and compensation.

*Recommendations:*

Customers can check Spirit's website (www.spirit.com) under HELP for specific airport information and recommended check-in times prior to leaving for the airport. Please arrive at the airport in plenty of time to check your bags. Please review Spirit's Contract of Carriage sections 2.3 and 2.4 for further details related to check-in time limits.

## 9.  Disclose Travel Itinerary, Cancellation Policies, Frequent Flyer Rules, Aircraft Seating Configurations and Lavatory Availability

We will make every attempt to provide our customers with accurate, up-to-date information about their travel itineraries, our aircraft seating configurations (including lavatory availability), frequent flyer rules, and cancellation policies.

Reservations Agents can relay cancellation and refund policies to customers upon request at the time of booking.  These policies can also be found in section 3.3 of Spirit's Contract of Carriage

For the Terms and Conditions of the FREE SPIRIT Program, please see: http://www.spirit.com/content/documents/en-us/FS_Terms_and_Conditions.pdf

For Spirit's aircraft configuration information on (including lavatory availability), please see: https://customersupport.spirit.com/hc/en-us/articles/202098616-Do-I-have-to-purchase-a-seat-assignment-

For aircraft disinfection requirements, visit the Aviation Consumer Protection Division website at (http://airconsumer.dot.gov) or send a letter to the mailing address below:

Aviation Consumer Protection Division, C-75
U.S. Department of Transportation
1200 Jersey Ave., S.E.
Washington, D.C. 20590

If you've purchased a reservation to Jamaica or Panama, please view the link below to view the Insecticide Notice visit: http://ostpxweb.dot.gov/policy/safetyenergyenv/disinsection.htm

## 10. Notifying Consumers in a Timely Manner of Changes in Their Travel Itineraries

When a change occurs to your scheduled flight, we will make every effort to communicate the schedule change via telephone or e-mail in advance of the date of travel, if known. Otherwise, the information will be provided upon airport check-in and at the gate.

*Recommendations:*

When making your reservations, providing Spirit with your contact information (phone numbers and/or e-mail address) may help us reach you in the event that a delay or cancellation becomes apparent before you leave for the airport or while you are in transit. Enter the information when making a reservation online at Spirit's website (www.spirit.com), or give it to your Spirit Reservations Agent.

## 11. Ensure Responsiveness to Customer Complaints

When our customers have complaints, we will respond with the required information in a professional, courteous manner that reflects the high value we place on each customer.

1. You may contact Spirit with your complaints, compliments or questions at: https://customersupport.spirit.com/hc/en-us/articles/202097936-Do-you-have-a-question-comment-or-complaint-

2. In Writing:

   Spirit Customer Relations
   2800 Executive Way
   Miramar, FL 33025

**You will receive an initial acknowledgement of your communications within 30 days and a substantive reply within 60 days.**  Customer Relations can assist you with post-travel concerns as well.  Please have your flight number and date(s) of travel handy when you contact us.

## 12. Identify the Services to Mitigate Customer Inconveniences Resulting from Cancellations and Misconnections

When our customers are inconvenienced either from a cancellation or a delayed flight within our control, we will provide amenities and services to minimize the impact to the customer. Spirit will make every effort to assist our customers and minimize their inconvenience resulting from cancellations or misconnections. See Spirit's Contract of Carriage section 8 for further information related to flight cancellations and misconnections.

In the case of a cancellation or misconnection, our staff will focus on rebooking customers on alternate flights, either direct to the destination or via connections through other airports to best accommodate the customer's needs.

If rebooking options are available the following day, we may offer overnight hotel accommodations for non-local customers.  However, if the cancellation or misconnection is because of severe weather, Air Traffic Control decisions or other issues outside of Spirit's control, we cannot offer such accommodations, though we will make reasonable efforts to provide information enabling customers to secure accommodations on their own.

*Recommendations:*

Please carry necessity items like medication with you. Also, when traveling with children, please pack extra snacks and beverages as well as diapers and changing essentials in preparation for an unplanned event.