UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY DUNBAR,

      Plaintiff,

v.

PROSPECT AIRPORT SERVICES, INC.,
and SPIRIT AIRLINES, a Delaware corporation,

      Defendants.

Case No. 2:19-cv-13637-PDB-DRG

Hon. Paul D. Borman
Magistrate David R. Grand

---

# NOTICE OF HEARING ON
# DEFENDANT PROSPECT AIRPORT SERVICES, INC.'S
# MOTION TO DISMISS

Please take notice that Defendant Prospect Airport Services' Motion to Dismiss will be brought for hearing before the Honorable Paul Borman on a date and time to be set by the court.

Dated: December 17, 2019     Respectfully submitted,

BROOKS WILKINS SHARKEY & TURCO PLLC

/s/ Brad A. Danek
Brad A. Danek (P72098)
401 S. Old Woodward, Suite 400
Birmingham, Michigan 48009
(248) 971-1800; (248) 971-1805/Fax
danek@bwst-law.com

*Attorneys for Prospect Airport Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Brad A. Danek
Brad A. Danek (P72098)
401 S. Old Woodward, Suite 400
Birmingham, Michigan 48009
(248) 971-1800; (248) 971-1805/Fax
danek@bwst-law.com