UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



Mary Dunbar,

                Plaintiff(s),

v.

                              Case No. 2:19-cv-13637-PDB-DRG
                              Hon. Paul D. Borman

Spirit Airlines, et al.,

                Defendant(s),



**NOTICE OF REMAND**

TO:  WAYNE COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan  48226
        (313) 234-5005

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        DAVID J. WEAVER, CLERK OF COURT

                                        By: <u>s/D. Peruski</u>
                                                 Deputy Clerk

Dated:  April 28, 2020

**CATHY M. GARRETT**
WAYNE COUNTY CLERK
C.A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE., ROOM 201
DETROIT, MICHIGAN 48226

USDC MIED
Attn: Clerk's Office
231 W. Lafayette Blvd
Detroit, MI 48226

RECEIVED
MAY 13 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

5-13-20



US POSTAGE >> PITNEY BOWES
ZIP 48226 $ 000.50°
0000370953 MAY 13 2020